UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR T. CONTE
          Plaintiff          :
   v.                              :   3:01 CV 463 (EBB)
US ALLIANCE FEDERAL CREDIT UNION,   :
          Defendant

FILED
MAR 11  4 13 PM '04
U.S DISTRICT COURT

## ADDENDUM TO RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In this Court's previous Ruling on Defendant's Motion for Summary Judgment [Doc. No. 88], this court made three errors which it now seeks to correct.

In the Statement of Facts section of the ruling, this court refers to conversations the plaintiff, Victor Conte, had with various US Alliance employees on September 10 and 11, 1998. In a reference to one conversation Conte had with Al Menard, the court mistakenly states that the conversation occurred on September 11, 1998, when it actually occurred on September 10, 1998, as reflected in the transcripts of that telephone conversation. This court has corrected this date and made further changes to clarify the sequence of events as they actually occurred.

In Section III of this courts ruling, after citing and discussing Scott v. Dime Sav. Bank of New York, FSB, 886 F. Supp. 1073 (S.D.N.Y. 1995) aff'd, 101 F.3d 107 (2d Cir. 1996), this court mistakenly refers to this case as "Smith", rather than by its correct name, Scott. Also in Section III, this court

attributes a quotation to <u>Kern v. Robert Currie Assocs.</u>, 632 N.Y.S.2d 75, 76 (N.Y. App. Div. 1995), when it should have been attributed to the case cited previously in the string citation, <u>Wiener v. Lazard Freres & Co.</u>, 672 N.Y.S.2d 8 (N.Y. App. Div. 1998). Finally, this court has amended the quotation it cited from <u>Manufacturers Hanover Trust Co. v Yanakas,</u> 7 F. 3d 310, 318 (2d Cir 1993), *motion for vacatur denied* 11 F.3d 381 (2d. Cir. 1993), to reflect the full and accurate statement made by the <u>Yanakas</u> court.

This addendum, along with the attached Amended Ruling on Defendant's Motion for Summary Judgment incorporating the above referenced changes, corrects these errors.

SO ORDERED

                                            ELLEN BREE BURNS
                                            SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this __11__ day of March, 2004.