UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Mar 18  11 27 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

VICTOR T. CONTE

    Plaintiff  :

v.          : 3:01 CV 463 (EBB)

           :

US ALLIANCE FEDERAL CREDIT UNION, :

    Defendant


### ORDER REGARDING AMENDED RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In this court's Amended Ruling on Defendant's Motion for Summary Judgment (Doc. No. 89), the statement of facts includes the following sentence: "When Conte spoke with John Walsh on September 11, 1998, Walsh could not inform Conte as to the decision-making process involved in which stocks were sold and, in fact, commented that it was done 'arbitrarily' and that 'theoretically, we're liquidating your whole portfolio which is what they can do.'" (Defendant's Exhibit G at 4 & 19). Defendant asserts that this conversation occurred on September 10, 1998, and requests this court to correct its ruling to reflect that date. However, the transcript of such conversation, as certified by Jennifer Miller, a Stenotype Reporter and Notary Public within the State of New York, certified that the conversation occurred on September 11, 1998. (Defendant's Exhibit G at 1)("In the matter of the telephone conversation between Mr. Vic Conte and Mr. John Petrie, held on 9/11"). As both parties submitted the

above referenced transcript as an exhibit attached to their respective moving papers, this court assumes that the transcript is authentic and accurate. Accordingly, this court has not made a "significant and material factual error," and unless further evidence is provided demonstrating to this court that the transcript is inaccurate, the ruling will not be amended.

SO ORDERED

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this __17th__ day of March, 2004.

2