UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X

VICTOR T. CONTE,

Plaintiff,

v.

US ALLIANCE FEDERAL CREDIT UNION, AFFINA BROKERAGE SERVICES, INC., ROBERT AMBROSE and JOHN WALSH,

Defendants.

---------------------------------------------------------------X

Civil Action No.
3:01 CV 463 (EBB)

AFFIDAVIT

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

JENNIFER MILLER, being duly sworn, deposes and says:

1. I am the stenotype reporter and notary public within and for the State of New York that transcribed from tapes provided the three separate conversations on the transcript attached hereto as Exhibit A. The head page of that transcript refers only to a portion of the last conversation, and was not intended to be descriptive of the entire transcript.

2. I understand that this head page may be causing some confusion and, accordingly, I have prepared a new head page captioned as follows:

"In the Matter of the Telephone Conversations between Vic Conte and others held on September 10, 1998 and September 11, 1998."

3. A copy of the substituted head page is attached hereto as Exhibit B.

Jennifer Miller

Sworn to before me this
22nd day of March, 2004.

Notary Public

MARC W. SCHAFLER
NOTARY PUBLIC, State of New York
No. 41-4684536
Qualified in Queens County
Commission Expires ~~March~~ NOV 30, ~~19~~ 2006

iManage:1539383.1

In the Matter of the telephone conversation between Mr. Vic Conte and Mr. John Petrie, held on 9/11.

SPEAKERS:

MR. VIC CONTE

MR. JOHN PETRIE

MR. JOHN WALSH

NORMAN

All calls are recorded for quality and training purposes. This service is for the express use of entering trade authorizations and to buy and sell securities. All other credit union services are available by dialing 1-800-431-2754 or press 0# now and we will connect you to a member services representative.

MR. PETRIE: Brokerage Services, this is John Petrie. May I help you?

MR. CONTE: Hey, John, Vic Conte.

MR. PETRIE: Hi, Mr. Conte. How are you doing?

MR. CONTE: Good. Listen, I have a money max three and a money max five which will total about 40 or $41,000. Okay. I want to track those and I want to buy

shares of GE at market.

MR. PETRIE: Mr. Conte, can I ask you to hold on a moment, please?

MR. CONTE: Sure.

MR. PETRIE: Thanks. Mr. Conte?

MR. CONTE: Yes.

MR. PETRIE: Sorry to keep you holding. John Walsh wants to speak to you a second. Can you hold on?

MR. CONTE: Yes.

MR. PETRIE: Thanks.

MR. WALSH: Hi, Mr. Conte.

MR. CONTE: John, how are you doing?

MR. WALSH: Alrighty.

MR. CONTE: I spoke to David Brody the other day. I'm on top of my problem.

MR. WALSH: Well, that's -- I just want to -- I'm

playing messenger here.

MR. CONTE: No, I know.

MR. WALSH: Let me explain to you what's going on. The executives have decided to start selling out --

MR. CONTE: Oh, okay. But wait a minute, do I have a choice of what they want to --

MR. WALSH: No. They have just gone ahead arbitrarily we're in the process of entering stops at a certain point in order to protect.

MR. CONTE: See what I'm trying to do, John, is I want to reactivate my home equity loan because I have about 250,000.

MR. WALSH: Mr. Conte, did you mention that to David the other day.

MR. CONTE: I mentioned that to David. See, unfortunately, I'm out of town. I'm not going to be there until Monday because I wanted to

come down and straighten this whole thing out.

MR. WALSH: I think what you got to do, it's beyond me even as a manager. It came down from the executive vice-presidents so I have to put you in touch -- that's what I was just trying to do, to see if Al was available.

MR. CONTE: Let me ask you this, John.

MR. WALSH: Go ahead.

MR. CONTE: You see, there are certain stocks I don't want to sell. I mean like IBM and these big stocks. What I'm trying to do is correct a problem and I just can't correct it overnight. You know what I'm saying, Al?

MR. WALSH: Well, I think you got to talk to one of them to let them make it okay as to you're going to correct something. And then we can stop this.

MR. CONTE: Have they sold anything yet?

MR. WALSH: Yes, some of it has executed.

MR. CONTE: Can you tell me what that is?

MR. WALSH: Sure.

MR. CONTE: You see because when I have, I call dial up, I have no --

MR. WALSH: Well, we're just in the process of doing it, unfortunately. For the last half hour or so we're --

MR. CONTE: There are some I would be willing to sell but some I don't want to sell, 'cause I'm trying to rebuild that whole portfolio.

MR. WALSH: Let's see. Checkpoint is executed.

MR. CONTE: Wait a minute, hold on. Let me just get this down. I don't mind selling from

losers but I don't want to sell, you know, because that's really not going to help the problem. Wait a minute, hold on. Checkpoint, that's executed.

MR. WALSH: There's a lot. I have got Checkpoint, Excite, America Online, American Express --

MR. CONTE: Let's take one at a time.

Checkpoint, did it execute?

MR. WALSH: Yes.

MR. CONTE: What price?

MR. WALSH: 17 and-a-half.

MR. CONTE: 17 and-a-half. Wait a minute. They didn't sell America Online, did they?

MR. WALSH: Yes.

MR. CONTE: Oh, god. That's the one I didn't want to sell. See, because those are my winners. I don't want to sell those I want to sell the losers, you know what I'm

saying? Did a America on-line execute?

MR. WALSH: Yes.

MR. CONTE: Oh, shit. At what price?

MR. WALSH: 89 and three-quarters.

MR. CONTE: Wait a minute. Hold on. Let me get this down. One problem I'm having, John, is that when I call the dial up because I'm over, I know I'm over when I spoke to Dave Brody the other day, I said how much would it take, at that time it was about -- I forgot, about --

MR. WALSH: 130,000.

MR. CONTE: 130 or something like that. I said no, that's no problem, I can handle that but, you know, you got to give me a day or two to get down there, okay? The second thing is, but now the market went down again.

MR. WALSH: It was down yesterday so that amount went up to 223. We're down another 260 today.

MR. CONTE: I know. Okay, let's go back to America Online.

MR. WALSH: I have got a list of excuses as long as my arm.

MR. CONTE: Okay, but wait a minute now. I hope you're not selling my IBM and GE and the other ones. I'm up like 300, 400 percent on some of those. I don't want to dump those. I mean I think I should have some say as to what I should sell.

MR. WALSH: No, you don't, really. I'll be honest with you with, the terms of the agreement, they could have actually just sold everything at market. What they're doing is, they're putting protection at a percentage below the current market.

MR. CONTE: Can you tell

me exactly what sold and --

MR. WALSH: I can run through the list real quick.

MR. CONTE: Okay, go ahead.

MR. WALSH: Checkpoint.

MR. CONTE: Checkpoint, America Online.

MR. WALSH: Checkpoint, America Online, American Express.

MR. CONTE: What did America Online go for?

MR. WALSH: I can't sit here, we're in -- we got a lot of things going on right now and I think you're better off trying to contact one of the vice-presidents.

MR. CONTE: Who?

MR. WALSH: Albert Menard was the primary person.

MR. CONTE: Albert?

MR. WALSH: Menard, M-E-N-A-R-D. Currently he's not at his desk. I'll let you talk -- let me see

if I can get.

MR. CONTE: Let me see if I can get that name down, Albert Menard?

MR. WALSH: Yes. Let me see if I can get you one of the three vice-presidents that were involved, okay?

MR. CONTE: Before you do that, John, could you tell me what they got scheduled to sell?

MR. WALSH: Yes, but what I'm trying to say, is that if you can get an agreement with them real quick, I can stop all these stops. I think it's in your best interest that you talk to him before.

MR. CONTE: I want to talk to him.

MR. WALSH: I have got, I basically put in just about every stock that you had.

MR. CONTE: That's what I don't want to do.

MR. WALSH: That's why I'm saying, I think you're better off talking to one of the vice-presidents. If you come to some agreement with them to say this is what I plan on doing and they give me the okay to unplug all this.

MR. CONTE: I understand. I understand.

MR. WALSH: Okay. So hold on, Mr. Conte.

MR. CONTE: Who am I going to speak to?

MR. WALSH: I'm looking for one of them still. We're just beginning to retrieve Mr. Ambrose, who is the manager, vice-president in charge of loans. So just hold on one second.

Mr. Conte?

MR. CONTE: Yes, who am I speaking to?

MR. WALSH: It's John Walsh again.

MR. CONTE: John, yes.

MR. WALSH: They're all out of the building and the only thing I can do is take a message and have one of them get back to you when they get back from lunch.

MR. CONTE: Okay. Well let me leave you a number where you can reach me.

MR. WALSH: Okay.

MR. CONTE: They're just out to lunch? Now those orders that you got in, are they going to execute?

MR. WALSH: They can.

MR. CONTE: Oh, God. Can't you hold up until these guys get back?

MR. WALSH: No, I can't. They're the ones that authorize me, I'm in the middle here.

MR. CONTE: Okay. But see, I just want to have a say as to what to sell, what not to sell.

MR. WALSH: I understand that.

MR. CONTE: Understand what I'm saying?

MR. WALSH: That's not technically --

MR. CONTE: Let me ask you this. Could you tell me as of last night's closing, what was my dollars that I'm outstanding, I think it's about 200?

MR. WALSH: 223,000.

MR. CONTE: It was 223?

MR. WALSH: Right.

MR. CONTE: See, I can't get that exact number, John, that's one of the problems. 223? Okay. See, that's no problem but I could get this squared away next week. But I'd like to get this done right now.

MR. WALSH: It's going to go even further tonight. We're down 260 points today. So give me your number where they can get in touch

with you.

MR. CONTE: 814-456-7205. See, number one, I have other stock that I can pledge.

MR. WALSH: I'll be honest with you, Mr. Conte, you shouldn't play that close to the cuff. You should have enough in there because this is what happens.

MR. CONTE: I know.

MR. WALSH: And you're not the first one that it has happened to you before and you should really have a buffer in there at all times.

MR. CONTE: I know that. And I know I made a mistake but the thing was I made a mistake but the thing was this thing took everybody by surprise.

MR. WALSH: No, I understand that.

MR. CONTE: You see, I was waiting for an uptake. In fact, I did dump some of them last week.

MR. WALSH: You did, right.

MR. CONTE: I was starting to dump a little at a time.

MR. WALSH: Right.

MR. CONTE: I was waiting for another update to dump some more but there was some I don't want to dump, like the ones I'm up high like IBM and GE.

MR. WALSH: I understand that. Some of these arrangements should have been made the other day as to what you want to protect and I could see if that could have been done.

MR. CONTE: Unfortunately, I'm out of town and --

MR. WALSH: Again, we got to watch --

MR. CONTE: I understand. But believe me, I have been there for 30 years.

MR. WALSH: I understand.

MR. CONTE: I'm not going to run away. You know what I'm saying?

MR. WALSH: I understand that fully.

MR. CONTE: But I'm not going to buy these stocks back at this price.

MR. WALSH: I understand.

MR. CONTE: You know what I'm saying?

MR. WALSH: Yup.

MR. CONTE: So I would, you know, so far two executed, you said or --

MR. WALSH: No.

MR. CONTE: Right now I'm flying blind. I don't know what the hell executed and what didn't. You told me Checkpoint and American Online.

MR. WALSH: Quickly I can run through the names here.

MR. CONTE: All right.

MR. WALSH: Checkpoint. American Online. American Express. Cendant, Sysco --

MR. CONTE: Sysco?

MR. WALSH: Dell.

MR. CONTE: Dell too?

MR. WALSH: E trade.

MR. CONTE: It sold?

MR. WALSH: Yup. Filenet, Lycos.

MR. CONTE: Wait a minute. Here's the question. If they sold, what does that do to my balance there? It's paying down, I realize that. But now I totally lost the 223 number you just gave me.

MR. WALSH: Again, at the end of the day, somebody is going to have to figure out where you stand. Theoretically, we're liquidating your whole portfolio which is what they can do.

MR. CONTE: I mean, I don't mind doing that but I think I

would like to have a say, as to what is going to sell because you're selling some of my best stocks. I mean the dogs I don't mind selling.

MR. WALSH: Right.

MR. CONTE: You know I'll take the loss, but if you're selling my good ones, that's the part I'm concerned about. Okay, how soon will these guys be back? Can I call them back?

MR. WALSH: I would say within 45 minutes.

MR. CONTE: Okay. Albert, what was the first one?

MR. WALSH: I'll have one of them give you a call.

MR. CONTE: Who is the other one, John Ambrose?

MR. WALSH: Bob Ambrose.

MR. CONTE: Bob.

MR. WALSH: Let me just double-check your number here 814 --

MR. CONTE: 456-7205.

MR. WALSH: Okay.

MR. CONTE: See, 'cause what I want to know, John, is two things. After I talk to them, I want to know what did sell and what didn't or else I don't know where the hell I stand, 'cause I watch this stuff everyday.

MR. WALSH: Yes.

MR. CONTE: You know when I spoke to Dave Brody the other day, I said I'm in the process of trying getting this done, but I just can't do it overnight, you know.

MR. WALSH: Right.

MR. CONTE: You know so believe me, you know, I can get out of this mess but I can't get out of it if you're going to sell all my best stocks.

MR. WALSH: Right.

MR. CONTE: That's my problem. I hope these guys come back. Have them call me as soon as

they get in.

MR. WALSH: All right.

MR. CONTE: I'll sit here and wait.

MR. WALSH: Okey-dokey.

MR. CONTE: Thanks, John.

MR. WALSH: Bye.

Welcome to the trade authorization line for IAG members. All calls are recorded for quality and training purposes. This service is for the express use of entering trade authorizations to buy and sell securities. All other credit union services are available by dialing 1-800-431-2754 or press 0# now and we'll connect to you a member services representative.

NORMAN: Broker services speaking, Norman speaking.

MR. CONTE: Hey, Norman. Is John Petrie around, is he free?

NORMAN: Yes, he's here.

Hold on, Mr. Conte.

MR. PETRIE: Yes, sir.

MR. CONTE: Hey, John, it's Vic Conte. I hate to bother you.

MR. PETRIE: Okay.

MR. CONTE: I think I got this thing squared away, at least I'm trying to anyway.

MR. PETRIE: Okay.

MR. CONTE: Those other sell orders we have in, did any of the other ones go off, do you know?

MR. PETRIE: We actually and this was on Al Menard's authorization, after we put them in as GTCs above the market, the market went south. It got to be below 300 points and he turned them all into market orders, so they all went off.

MR. CONTE: Okay. Now, can you tell me what they went off at?

MR. PETRIE: I sure can. Do we want to do anything now, I got

about two minutes before the market closes?

MR. CONTE: No. No. I got to see what I still own.

MR. PETRIE: Okay.

MR. CONTE: The ones I said don't sell, don't sell those.

MR. PETRIE: These have not been sold. We don't have any orders in to sell them. Right now we're --

MR. CONTE: The ones I told you to sell, that's fine but just let me know what it sold at.

MR. PETRIE: Okay.

MR. CONTE: I think it was Excite. Netgravity, SLM. I can give you the names. It's probably easier for you to rattle them off to me.

MR. PETRIE: Right.

Dupont was sold 500 at 54 and 5/8ths.

MR. CONTE: Okay.

MR. PETRIE: Egghead.
MR. CONTE: Okay.
MR. PETRIE: 1,000 at -- what the hell price is that? Six and something 37ths. Let me find the ticket. Did you get the sells in? I just need them for a second.
Do you mind if we jump out of sequence for a little bit?
MR. CONTE: No.
MR. PETRIE: Because I have got three tickets in front of me. Now it goes a little bit better. We sold 500 SLM Holdings, 31 and-a-quarter.
MR. CONTE: How much?
MR. PETRIE: 31 and-a-quarter. We sold 500 Sun Trust Banks.
MR. CONTE: I'm working with two lists here. Okay. Sun Trust, here it is.
MR. PETRIE: 500 and 54 and 3/8ths. Netscape --

MR. CONTE: Okay.
MR. PETRIE: 500 at 21.
MR. CONTE: Okay.
MR. PETRIE: Netgravity. We sold a total of 1,000. Two different executions; 500 at 9and 1/8th. And 500 at nine. I gave you Dupont. I gave you that. I gave you that.
MR. CONTE: How about Excite, did that go off?
MR. WALSH: No. Excite and Corning, we still have stop orders in. Those did not go off yet.
MR. CONTE: Okay.
MR. PETRIE: And everything else you know about.
MR. CONTE: Corning. Let me see. How about Gillette, did that go off? The ones I show that we had orders in to sell, were Gillette and let me see --
MR. PETRIE: Gillette did sell. Let me find that ticket.

Corning is still outstanding.
MR. CONTE: Okay.
MR. PETRIE: The only two that are still outstanding are Excite and Corning.
MR. CONTE: Okay.
MR. PETRIE: Okay. I can't find this Gillette ticket, where is it? Here, it is. We sold 1,000 Gillette at 38 and three-quarters. And Egghead I gave you that.
MR. CONTE: Yes.
MR. PETRIE: ICMT.
MR. CONTE: Egghead was six and --
MR. PETRIE: 17/32nds.
MR. CONTE: What is the other one?
MR. PETRIE: Icon Cement.
MR. CONTE: ICMP?
MR. PETRIE: Right. 2,000 at 7/8th. Here's the last one, Infoseek.
MR. CONTE: Okay.

MR. Petrie: 1,000 at 18 and 7/16ths.
MR. CONTE: Okay.
MR. PETRIE: I can run down real quick with you and tell you everything that I said you still have in your account, if that makes life easy for you.
MR. WALSH: Yes. All right. Okay, yes because I got that list now but if you got it in front of you --
MR. PETRIE: I do. I show 1,000 Abbott Labs.
MR. CONTE: Well, forget the quantity.
MR. PETRIE: Abbott Labs.
MR. CONTE: Wait a minute. Abbott Labs. Go ahead.
MR. PETRIE: American Home Products.
MR. CONTE: Right.
MR. PETRIE: Broad Vision.

MR. CONTE: Yes.
MR. PETRIE: We still have Corning but we have a sell order in on it. We still have Excite but we have got a sell order in on it.
MR. CONTE: Yes, okay.
MR. PETRIE: Federal Agricultural Mortgage.
MR. CONTE: Okay.
MR. PETRIE: Federal Home Loan Mortgage. Federal National Mortgage.
MR. WALSH: Okay.
MR. PETRIE: Fleet Financial Group.
MR. CONTE: Yes.
MR. PETRIE: Intel.
MR. CONTE: Okay.
MR. PETRIE: IBM.
MR. CONTE: Okay.
MR. PETRIE: Ely Lilly.
MR. CONTE: Okay.
MR. PETRIE: Lucent.
MR. CONTE: Okay.

MR. PETRIE: Merck.
MR. CONTE: Okay.
MR. PETRIE: Merrill Lynch.
MR. CONTE: Okay.
MR. PETRIE: Mindspring.
MR. WALSH: Okay.
MR. PETRIE: Nokia.
MR. CONTE: Okay.
MR. PETRIE: Pfizer.
MR. CONTE: Okay.
MR. PETRIE: T. Rowe Price.
MR. CONTE: Okay.
MR. PETRIE: Proctor and Gamble.
MR. CONTE: Okay.
MR. PETRIE: Qwest Communications.
MR. CONTE: Okay.
MR. PETRIE: Texas Instruments.
MR. CONTE: Okay.
MR. PETRIE: Travelers.

MR. CONTE: Okay.
MR. PETRIE: And Yahoo.
MR. CONTE: Yahoo. Okay. We sold out on -- okay, I got it.
MR. PETRIE: Great.
MR. CONTE: What I'll do is, I'll call you in the morning.
MR. PETRIE: Very good.
MR. CONTE: And figure out what I got left.
MR. PETRIE: Okay.
MR. CONTE: Then I can get the dial-up from tonight's closing.
MR. PETRIE: Right.
MR. CONTE: Okay.
MR. PETRIE: You can get that. We will be working on that the first thing in the morning as well. I'm sure we can -- he will take a look at it. If not myself, John Walsh and we will go from there.
MR. CONTE: Thanks very much.

MR. PETRIE: Okay, Mr. Conte. Thank you.
MR. CONTE: Bye.

Welcome to the trade authorization line for IAG members. All calls are recorded for quality and training purposes. This service is for the expressed use of entering trade authorizations to buy and sell securities. All other credit union services are available by dialing 1-800-431-2754 or press 0# now and we will connect you to a member services representative.
MR. PETRIE: Good morning, AIG. This is John Petrie. May I help you?
MR. CONTE: Hey, John. Vic Conte.
MR. PETRIE: Good morning, Mr. Conte. How are you doing today?

MR. CONTE: Good, listen.
MR. PETRIE: I just said to my coworker, should I answer the phone good morning, Mr. Conte.
MR. CONTE: No. No. I think today we're going to get this whole thing resolved. I worked on this thing all last night and if my numbers are right -- you see one of the problems you have with this thing, with the dial-up, I can't get the up to accurate day of what it is but the way I figure it out, I should almost be there if I sell just a couple of more today, which I intend to do.
MR. PETRIE: The market early indications, I mean Intel is up five. A lot of these --
MR. CONTE: This is why I was saying yesterday --
MR. PETRIE: I know you were. The reason why it took me so long to answer the phone is, I was in John Walsh's office, he's been working

on, since he came in, he's been working on your figures and rather than me deal with it, at this point, I'm going to put you through to him because he has been working on your account since he walked in half an hour ago.
MR. CONTE: Here is what I want to do. I think yesterday when I spoke to you, there were two sell orders I had in. I think it was Corning Glass which didn't go off.
MR. PETRIE: Right, Corning didn't go off.
MR. CONTE: And there was another one. I forgot which one it was. Wait a minute. I got so many lists here. It was Corning. I don't know if it was Excite.
MR. PETRIE: Yes. Let me check.
MR. CONTE: What I was going to say is, can you hold off on that until I call you back, okay

because I want to find out what's what?
MR. PETRIE: Corning and Excite.
MR. CONTE: You just hold off on that.
MR. PETRIE: I'll cancel those stop orders on the Corning and Execute.
MR. CONTE: Cancel those because what I want to do is find out exactly where I stand. Then I have a list of other stocks I want to sell.
MR. PETRIE: Okay.
MR. CONTE: I think the market is going to open a little higher today.
MR. PETRIE: I think so as well.
MR. CONTE: What I want to do is, I want to sell these into the --
MR. PETRIE: Okay.
MR. CONTE: That was my

whole thing. If you look at the things you sold yesterday --
MR. PETRIE: Right.
MR. CONTE: Before I had a chance to talk to you, you know, like some of them, they closed three, four, five dollars higher.
MR. PETRIE: I wish we did and --
MR. CONTE: I'm going to rework this thing out. It's no problem.
MR. PETRIE: Okay.
MR. CONTE: Who can I talk to, to find out what exactly -- what was the name you mentioned?
MR. PETRIE: John Walsh, he's the manager of this department. He's the guy that I talk to you yesterday. Al Menard was telling him what to do.
MR. CONTE: I spoke to John yesterday.
MR. PETRIE: Yes, you

did.

MR. CONTE: And then he referred me back to Al and Albert. The other guy I was talking to okay, Al, I want you to do is hold those two orders until I get back to you now. Unfortunately, I have to run to a meeting this morning.

MR. PETRIE: Okay.

MR. CONTE: So I probably won't get back to you say. What time do you go to lunch?

MR. PETRIE: I go to lunch at 12, but you don't need me. I mean anybody is here. The phones are on. Barry or John Walsh.

MR. WALSH: I'll probably call back about 11:30 or so.

MR. PETRIE: Why don't you discuss this all with John Walsh. As the manager, he'll be happy to here from you, happy to talk to you. As I said, he has been working on your account for half an hour this

morning. He knows exactly where you stand.

MR. CONTE: Okay.

MR. PETRIE: I have got no problem putting cancels on these two orders because his last words to me were, you know, you're in pretty good shape. So --

MR. CONTE: Okay. Let me talk to him.

MR. PETRIE: Let me put you through to him.

MR. CONTE: Thanks, John.

MR. PETRIE: Thanks, Mr. Conte.

MR. WALSH: Good morning, Mr. Conte. John Walsh, how are you?

MR. CONTE: John, how are you?

MR. WALSH: Okay. How are you?

MR. CONTE: Thanks for taking my call.

MR. WALSH: You're

welcome.

MR. CONTE: John Petrie and I were working on this all day yesterday. I guess he spoke to you, you know.

MR. WALSH: It's beyond John Petrie and I --

MR. CONTE: I understand.

MR. WALSH: (Continuing) -- we're getting moved from the V.P.s.

MR. CONTE: I understand very well. I spoke to --

MR. WALSH: Al Menard.

MR. CONTE: He called me and I told him what they were doing. The thing is, I can't get the exact figure from the dial-up because it doesn't --

MR. WALSH: Right.

MR. CONTE: But the way I figure it, just on what we did yesterday, you know, I sold, I don't know 1.411, something like that.

MR. WALSH: Right.

MR. CONTE: But I'm trying to come up with the exact number and I think it's in the low 80s or something.

MR. WALSH: You're about 63,000 under.

MR. CONTE: That's the number I need, 63?

MR. WALSH: Right.

MR. CONTE: I just spoke to John Petrie because he we had two stocks yesterday that we had in for a sell but they didn't go off, okay?

MR. WALSH: They're stops.

MR. CONTE: I told him, I said, I'd appreciate if he stopped it because there are some other ones I want to sell too.

MR. WALSH: Yes.

MR. CONTE: But I think the market is going to open up this morning higher and I told John I'd call back. Unfortunately, I have to

run to a meeting now at nine o'clock but I won't be out until 11. But I said, I'd definitely call him back, okay, but I just want to assure you that I am working on this and I am going to get this resolved, hopefully today.

MR. WALSH: The two stops I'm going to have to talk Al to see if he'll allow me to remove them.

MR. CONTE: Okay.

MR. WALSH: See, unfortunately, you know, I wish without getting into it, my hands are tied at this point.

MR. CONTE: No, I understand.

MR. WALSH: In most instances, they're not and I can, you know, work with you myself but now it has been escalated up to three, four guys.

MR. CONTE: I spoke to Al yesterday and yesterday he said, you

know --

MR. WALSH: Why don't you hold on one second and let me see what he wants to do. All right, hold on.

MR. CONTE: Sure.

MR. WALSH: Mr. Conte?

MR. CONTE: Yes.

MR. WALSH: They don't want to remove the stops and it looks like they're going to continue to go ahead and protect the credit union by putting other stops in on the other shares.

MR. CONTE: Okay but can I have a choice of the shares?

MR. WALSH: Well, you're going to have to something for me now because we're going to have to start --

MR. CONTE: Okay. I'll tell you the shares, 'cause I want to sell today anyway. 'Cause I went through this whole thing.

MR. WALSH: Yes.

MR. CONTE: What do you want me to tell you which ones I want to sell or which ones I don't want to sell because if I sell the other ones, I think it will clear up the whole problem. That's my point. The ones that the stops are on is Corning, do you want the ticket symbol?

MR. WALSH: GLW and CIT.

MR. CONTE: That's the one we had the, you know --

MR. WALSH: Tell me the ones you want to sell.

MR. CONTE: Okay. I want to sell Travelers, GRV. Corning, GLW. Proctor and Gamble, PG.

MR. WALSH: Right.

MR. CONTE: I don't know the other one. I think it's FAMCK.

MR. WALSH: Federal Home Loan or Federal National or Federal Agricultural? You got three of them.

MR. CONTE: Sell all three, FMN or FNM. Federal

Agricultural, that is FAMCK.

MR. WALSH: Yes. And the Federal Home Loan?

MR. CONTE: Federal Home Loan which is FNM and Freddie Mack which is FRE. Okay?

MR. WALSH: Okay. We're going to figure out what --

MR. CONTE: See, I figured it out because I'm trying to reposition this whole thing. Now, another one I wouldn't mind selling would be Merrill if I have to and ER but I don't want to sell IBM or Lucent or Intel because they're going to go up today.

MR. WALSH: Okay.

MR. CONTE: You follow me?

MR. WALSH: No, I understand.

MR. CONTE: And then I'll call you back at 11.

MR. WALSH: Okay.

MR. CONTE: If you have to sell anything, the ones I just gave you, I don't mind selling.

MR. WALSH: Okay.

MR. CONTE: Then I'll call you back because I have got to run to a meeting, unfortunately, but I'll call you back. What is your extension?

MR. WALSH: My extension is 1249 but you got to remember, if the market starts tanking, they're going to put them in and it's going to be right down the list.

MR. CONTE: Can you not sell IBM?

MR. WALSH: I can't guarantee that.

MR. CONTE: That's the one I don't want to sell.

MR. WALSH: I'll leave it to last.

MR. CONTE: Leave that. Well, I don't think it will be last,

you know. But I'll get back to you as soon as I get out of the meeting.

MR. WALSH: See I was just telling one of the vice-presidents, they said they have something concrete for me that you're going to send me a check for 80,000 or 100,000 tomorrow. You know, they might be --

MR. CONTE: I can send you a check, you know. I can put a check in the mail today but the thing is coming back there. You see, I'm out of town on business.

MR. WALSH: I understand. I totally understand that but they're saying that at this point in time, in order to protect the credit union, that's not cutting it.

MR. CONTE: You say you need 63?

MR. WALSH: That's just to keep you at 85 percent.

MR. CONTE: If you sell

some stuff today --

MR. WALSH: That will all change.

MR. CONTE: Then when I talk and when I talk to you say at lunchtime or something like that, I can put the balance of check in the mail.

MR. WALSH: We can talk, you know.

MR. CONTE: Depending on what that number is. Assuming it's less. I can send you 30 or 40 today, you follow me?

MR. WALSH: Yes.

MR. CONTE: I got some money here which I can drop in the mail, okay? I'm just trying to hold on because today is going to be a rough day.

MR. WALSH: I know that and that's why --

MR. CONTE: I know.

MR. WALSH: (Continuing)

-- I can see the market opening up and the market tanking out.

MR. CONTE: I know because of the weekend and then who knows -- Monday.

MR. WALSH: Everybody gets on the Internet and starts looking at Mr. Clinton's --

MR. CONTE: I know. I have been following this whole Clinton thing, you know.

MR. WALSH: If he got up today and stood up today and said I'm out, things would be a lot better.

MR. CONTE: The thing is, the four stocks I don't want to sell, we will put them on last. I mean I don't want to sell Lucent.

MR. WALSH: Lucent, IBM.

MR. CONTE: Lucent, Intel. Those three will be my last because see what happened yesterday, John, you know, I realized you had to sell but if they would have sold in

the afternoon -- but you see we sold on an interest day low. You know what I'm saying? You know some of those stocks I sold at 89, it closed up at 92 or something like that. It was sold like an hour or two too soon. Unfortunately, you understand that was my concern. Can you just bear with me for another hour or two?

MR. WALSH: No guarantees but I'll try.

MR. CONTE: I'll call you back as soon as I get out of this meeting, it will be before noon.

MR. WALSH: Okay.

MR. CONTE: Okay. Thanks a lot, John. Bye.

MR. WALSH: Bye.

Subscribed and sworn to before me this ______ day of _________, 2002.

_________________
NOTARY PUBLIC

CERTIFICATE

STATE OF NEW YORK )
COUNTY OF NASSAU )

I, JENNIFER MILLER, a Stenotype Reporter and Notary Public within and for the State of New York, do hereby certify:

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS HEREOF, I have hereunto set my hand this 24th day of September, 2002.

JENNIFER MILLER

A

**Abbott** 28:15,18,20
**about** 3:24 5:18 9:16,17 12:22 15:12 20:10 24:2 26:11,18,20 37:19 40:6
**above** 23:17
**account** 28:8 34:7 37:25
**accurate** 33:13
**action** 51:11
**actually** 10:20 23:14
**after** 21:5 23:16
**afternoon** 49:2
**again** 9:25 13:25 17:20 19:18
**ago** 34:8
**agreement** 10:19 12:15 13:6
**Agricultural** 29:9 43:23 44:2
**ahead** 5:12 6:13 11:6 28:20 42:12
**AIG** 32:19
**Al** 6:9,20 23:15 36:21 37:4,6 39:14 41:10,24
**Albert** 11:20,22 12:4 20:16 37:4
**allow** 41:11
**almost** 33:14
**Alrighty** 4:20
**Ambrose** 13:17 20:20 20:21
**America** 8:8,19 9:2 10:6 11:9,11,13
**American** 8:8 11:11 18:21 19:3,3 28:21
**amount** 10:3
**and-a-half** 8:16,18
**and-a-quarter** 25:16,19
**another** 10:4 17:8 34:17 44:13 49:10
**answer** 33:4,24
**anybody** 37:16
**anything** 7:3 23:25 45:3
**anyway** 23:9 42:23
**appreciate** 40:18
**arbitrarily** 5:12
**arm** 10:9
**around** 22:24
**arrangements** 17:13
**Assuming** 47:13
**assure** 41:5
**authorization** 22:11 23:16 32:8
**authorizations** 3:8 22:15 32:12
**authorize** 14:21
**available** 3:10 6:10 22:17 32:14
**away** 15:20 18:3 23:8

B

**back** 10:6 14:6,7,19 18:8 20:11,12 21:25 34:25 37:4,7,12,19 40:25 41:4 44:24 45:7 45:9 46:2,14 49:14
**balance** 19:14 47:8
**Banks** 25:20
**Barry** 37:17
**basically** 12:22
**bear** 49:9
**before** 12:10,18 16:14 24:2 36:5 49:15 50:5
**beginning** 13:17
**believe** 17:23 21:18
**below** 10:23 23:18
**best** 12:17 20:4 21:20
**better** 11:17 13:3 25:14 48:15
**between** 1:8
**beyond** 6:5 39:7
**big** 6:17
**bit** 25:10,14
**blind** 18:19
**blood** 51:12
**Bob** 20:21,22
**bother** 23:5
**Broad** 28:24
**Brody** 4:22 9:14 21:12
**Broker** 22:21
**Brokerage** 3:14
**buffer** 16:15
**building** 14:4
**business** 46:15
**buy** 3:9,25 18:8 22:15 32:12
**Bye** 22:8 32:5 49:18 50:2

C

**C** 51:2,2
**call** 7:10 9:12 20:11,18 21:25 31:9 34:25 37:19 38:24 40:25 41:4 44:24 45:7,9 49:13
**called** 39:15
**calls** 3:5 22:12 32:9
**came** 6:6 34:2
**cancel** 35:8,11
**cancels** 38:6
**cause** 7:18 21:3,8 42:22 42:23
**Cement** 27:20
**Cendant** 19:4
**certain** 5:14 6:15
**certify** 51:8,10
**chance** 36:6
**change** 47:4
**charge** 13:19
**check** 34:22 46:8,12,13 47:8
**Checkpoint** 7:22 8:5,7 8:11 11:7,8,10 18:21 19:2
**choice** 5:9 42:16
**CIT** 43:10
**clear** 43:6
**Clinton** 48:11
**Clinton's** 48:9
**close** 16:8
**closed** 36:7 49:5
**closes** 24:3
**closing** 15:10 31:16
**come** 6:2 13:5 21:24 40:3
**coming** 46:14
**Communications** 30:20
**concern** 49:9
**concerned** 20:10
**concrete** 46:7
**connect** 3:12 22:19 32:16
**contact** 11:17
**conte** 1:8 2:7 3:17,18 3:20,21 4:3,6,8,9,14 4:17,18,21 5:3,8,15 5:19,22 6:11,14 7:2,6 7:9,16,23 8:9,14,17 8:21 9:5,9,19 10:5,10 10:25 11:5,8,12,19,22 12:3,10,19,24 13:9,12 13:13,21,22 14:2,8,12 14:17,23 15:4,8,14,16 16:3,7,11,16,23 17:4 17:7,18,22 18:2,7,11 18:14,18,25 19:5,7,9 19:12,24 20:7,15,19 20:22,25 21:3,11,17 21:23 22:4,7,23 23:2 23:4,5,7,11,21 24:4,7 24:13,17,25 25:3,11 25:17,21 26:2,4,11,16 26:19 27:3,7,13,15,18 27:21,25 28:4,16,19 28:23 29:2,7,10,17,19 29:21,23,25 30:3,6,10 30:12,15,18,21,24 31:2,4,8,11,14,18,25 32:4,5,21,22,24 33:2 33:5,6,20 34:9,16,23 35:6,11,16,21,25 36:5 36:11,15,23 37:3,11 38:4,10,14,16,18,19 38:23 39:3,9,12,15,21 40:2,8,11,17,22 41:12 41:17,24 42:6,7,8,15 42:21 43:2,11,15,19 43:24 44:5,10,19,23 45:2,6,16,20,24 46:11 46:21,25 47:5,12,17 47:24 48:4,10,16,21 49:13,17
**continue** 42:11
**Continuing** 39:10 47:25
**conversation** 1:7
**Corning** 26:14,19 27:2 27:6 29:4 34:13,15,19 35:4,9 43:8,16
**correct** 6:18,19,24
**COUNTY** 51:4
**couple** 33:15
**coworker** 33:4
**credit** 3:10 22:16 32:13 42:12 46:20
**cuff** 16:9
**current** 10:23
**Currently** 11:24
**cutting** 46:20

D

**Dave** 9:14 21:12
**David** 4:22 5:20,23
**day** 4:22 5:21 9:14,23 17:14 19:19 21:12 33:13 39:4 47:21 49:3 50:6 51:16
**deal** 34:4
**decided** 5:6
**definitely** 41:4
**Dell** 19:6,7
**department** 36:19
**Depending** 47:12
**desk** 11:25
**dial** 7:10 9:12
**dialing** 3:11 22:17 32:14
**dial-up** 31:15 33:12 39:18
**different** 26:7
**discuss** 37:21
**dogs** 20:5
**doing** 3:20 4:19 7:13 10:22 13:7 19:25 32:24 39:16
**dollars** 15:11 36:8
**done** 15:21 17:17 21:14
**double-check** 20:24
**down** 6:2,6 7:25 9:11 9:23,25 10:2,4 12:4 15:23 19:15 28:6 45:15
**drop** 47:18
**dump** 10:14 16:25 17:5 17:8,10
**Dupont** 24:23 26:9

E

**E** 19:8 51:2,2
**early** 33:18
**easier** 24:20
**easy** 28:9
**Egghead** 25:2 27:12,15
**Ely** 29:22
**end** 19:19
**enough** 16:9
**entering** 3:8 5:13 22:14 32:11
**equity** 5:17
**ER** 44:14
**escalated** 41:22
**even** 6:5 15:23
**every** 12:22
**everybody** 16:19 48:7
**everyday** 21:9
**everything** 10:21 26:18 28:7
**exact** 15:17 39:17 40:3
**exactly** 11:2 35:13 36:16 38:2
**Excite** 8:7 24:18 26:12 26:13 27:5 29:5 34:20 35:5
**excuses** 10:9
**execute** 8:12 9:3 14:15 35:10
**executed** 7:5,22 8:5 18:15,20
**executions** 26:7
**executive** 6:7
**executives** 5:6
**explain** 5:5
**express** 3:7 8:8 11:11 19:3 22:14
**expressed** 32:11
**extension** 45:10,11

F

**F** 51:2
**fact** 16:24
**FAMCK** 43:20 44:2
**far** 18:15
**Federal** 29:8,11,12 43:21,22,22,25 44:4,5
**figure** 19:20 31:11 33:14 39:18,22 44:9
**figured** 44:11
**figures** 34:3
**Filenet** 19:11
**Financial** 29:16
**find** 25:6 26:25 27:9 35:2,12 36:16
**fine** 24:14
**first** 16:13 20:16 31:21
**five** 3:23 33:19 36:8
**Fleet** 29:15
**flying** 18:19
**FMN** 43:25
**FNM** 43:25 44:6
**follow** 44:19 47:15
**following** 48:11

**forget** 28:16
**forgot** 9:16 34:17
**four** 36:8 41:22 48:17
**FRE** 44:7
**Freddie** 44:6
**free** 22:24
**from** 6:6 7:25 14:7 31:15,24 37:23 39:11 39:18
**front** 25:13 28:12
**fully** 18:6
**further** 15:23 51:10

G

**Gamble** 30:17 43:17
**gave** 19:17 26:8,9,9 27:12 45:3
**GE** 4:2 10:12 17:11
**gets** 48:8
**getting** 21:14 39:11 41:15
**Gillette** 26:20,22,24 27:9,11
**give** 9:22 13:7 15:24 20:18 24:19
**Glass** 34:13
**GLW** 43:10,17
**go** 6:13 10:6 11:5,13 15:23 23:13 26:12,15 26:21 28:20 31:24 34:13,15 37:13,14 40:14 42:11 44:16
**god** 8:21 14:17
**goes** 25:14
**going** 5:5,24 6:23 8:3 11:16 13:14 14:14 15:22 18:2,8 19:19 20:3 21:20 33:7 34:5 34:24 35:17 36:11 40:23 41:7,10 42:11 42:18,19 44:9,16 45:14,14 46:8 47:20
**gone** 5:12
**good** 3:21 20:9 31:10 32:18,23 33:2,5 38:9 38:17
**Great** 31:7
**Group** 29:16
**GRV** 43:16
**GTCs** 23:17
**guarantee** 45:19
**guarantees** 49:11
**guess** 39:5
**guy** 36:20 37:5
**guys** 14:18 20:11 21:24 41:23

H

**half** 7:14 34:7 37:25
**hand** 51:16
**handle** 9:21
**hands** 41:15
**happened** 16:13 48:23
**happens** 16:10
**happy** 37:22,23
**hate** 23:5
**having** 9:11
**held** 1:9
**hell** 18:20 21:7 25:5
**help** 3:16 8:4 32:20
**HEREOF** 51:15
**hereunto** 51:15
**Hey** 3:17 22:23 23:4 32:21
**he'll** 37:22 41:11
**Hi** 3:19 4:16
**high** 17:10
**higher** 35:18 36:8 40:24
**him** 12:18,20 34:5 36:21 38:11,13 39:16 40:17 41:4
**hold** 4:4,12 7:24 8:5 9:10 13:12,19 14:18 23:2 34:24 35:6 37:6 42:4,5 47:19
**holding** 4:11
**Holdings** 25:15
**home** 5:17 28:22 29:11 43:21 44:4,5
**honest** 10:18 16:7
**hope** 10:11 21:24
**hopefully** 41:7
**hour** 7:14 34:8 37:25 49:7,10

I

**IAG** 22:11 32:8
**IBM** 6:16 10:12 17:11 29:20 44:15 45:17 48:20
**ICMP** 27:21
**ICMT** 27:14
**Icon** 27:20
**indications** 33:18
**Infoseek** 27:24
**instances** 41:20
**Instruments** 30:23
**Intel** 29:18 33:18 44:16 48:22
**intend** 33:16
**interest** 12:17 49:3
**interested** 51:13
**Internet** 48:8
**involved** 12:8

J

**JENNIFER** 51:6,19
**john** 1:8 2:8,9 3:15,17 4:11,18 5:16 6:12 9:11 12:11 13:24 14:2 15:17 20:20 21:4 22:7 22:24 23:4 31:23 32:19,21 33:25 36:18 36:24 37:17,21 38:14 38:18,19 39:3,8 40:12 40:24 48:24 49:18
**jump** 25:9
**just** 4:25 5:12 6:9,18 7:13,24 10:20 12:22 13:16,19 14:12,24 19:17 20:23 21:14 24:14 25:8 33:3,15 35:6 39:22 40:11 41:5 45:3 46:5,23 47:19 49:9

K

**keep** 4:11 46:24
**know** 5:3 6:19 8:3,25 9:13,22 10:5 16:11,16 16:17 18:3,11,15,19 20:7 21:4,6,7,11,15 21:17,18 23:13 24:15 26:18 33:22 34:20 36:6 38:8 39:6,23,24 41:14,21 42:2 43:12 43:19 46:2,9,12 47:11 47:22,24 48:4,10,12 48:24 49:3,4
**knows** 38:2 48:6

L

**Labs** 28:15,18,20
**last** 7:14 15:10 16:25 27:23 33:9 38:7 45:23 45:25 48:18,22
**least** 23:8
**leave** 14:9 45:22,24
**left** 31:12
**less** 47:14
**let** 5:4 6:11,22 7:24 9:10 11:25,25 12:3,6 14:9 15:8 20:23 24:15 25:6 26:19,23,25 34:21 38:10,12 42:4
**let's** 7:21 8:9 10:6
**life** 28:8
**like** 6:16 9:20 10:13 15:21 17:10,10 20:2 36:7 39:24 42:11 47:7 49:6,7
**Lilly** 29:22
**line** 22:11 32:8
**liquidating** 19:21
**list** 10:9 11:4 28:12 35:14 45:15
**listen** 3:22 33:2
**lists** 25:22 34:19
**little** 17:5 25:10,14 35:17
**loan** 5:17 29:12 43:22 44:4,6
**loans** 13:19
**long** 10:9 33:24
**look** 31:22 36:2
**looking** 13:15 48:9
**looks** 42:10
**losers** 8:2,25
**loss** 20:8
**lost** 19:16
**lot** 8:7 11:15 33:19 48:15 49:18
**low** 40:4 49:3
**Lucent** 29:24 44:15 48:19,20,21
**lunch** 14:7,13 37:13,15
**lunchtime** 47:7
**Lycos** 19:11
**Lynch** 30:5

M

**Mack** 44:6
**made** 16:17,18 17:14
**mail** 46:13 47:9,19
**make** 6:23
**makes** 28:8
**manager** 6:6 13:18 36:19 37:22
**many** 34:18
**market** 4:2 9:25 10:21 10:24 23:17,17,19 24:2 33:17 35:17 40:23 45:13 48:2,3
**marriage** 51:12
**matter** 1:7 51:13
**max** 3:22,23
**May** 3:15 32:20
**mean** 6:16 10:15 19:24 20:5 33:18 37:16 48:18
**meeting** 37:9 41:2 45:8 46:3 49:15
**member** 3:12 22:19 32:16
**members** 22:11 32:8
**Menard** 11:20,23 12:5 36:21 39:14
**Menard's** 23:15
**mention** 5:20
**mentioned** 5:22 36:17
**Merck** 30:2
**Merrill** 30:4 44:14
**mess** 21:19
**message** 14:5
**messenger** 5:2
**middle** 14:22
**might** 46:10
**MILLER** 51:6,19
**mind** 7:25 19:25 20:5 25:9 44:13 45:4
**Mindspring** 30:7
**minute** 5:9 7:24 8:4,18 9:10 10:11 19:13 28:20 34:18
**minutes** 20:14 24:2
**mistake** 16:17,18
**moment** 4:4
**Monday** 5:25 48:6
**money** 3:22,23 47:18
**more** 17:8 33:16
**morning** 31:9,21 32:19 32:24 33:5 37:9 38:2 38:17 40:24
**Mortgage** 29:9,12,13
**most** 41:19
**moved** 39:11
**much** 9:15 25:17 32:2
**myself** 31:23 41:21
**M-E-N-A-R-D** 11:24

N

**name** 12:4 36:17
**names** 18:24 24:19
**NASSAU** 51:4
**National** 29:12 43:22
**need** 25:8 37:15 40:9 46:22
**Netgravity** 24:18 26:5
**Netscape** 25:25
**new** 51:3,8
**next** 15:20
**night** 33:9
**night's** 15:10
**nine** 26:8 41:2
**Nokia** 30:9
**noon** 49:15
**norman** 2:10 22:21,22 22:23,25
**notary** 50:10 51:7
**number** 14:9 15:17,25 16:4 19:17 20:24 40:4 40:9 47:13
**numbers** 33:9

O

**off** 11:17 13:3 23:13,20 23:22 24:20 26:12,15 26:21 34:13,15,24 35:7 40:14
**office** 33:25
**Oh** 5:8 8:21 9:5 14:17
**okay** 3:24 5:8 6:23 9:23 10:6,10 11:5 12:9 13:8,11 14:8,11,23 15:18 20:10,15 21:2 23:6,10,21 24:6,16,25 25:3,22 26:2,4,16 27:3,7,8,25 28:4,11 29:7,10,14,19,21,23 29:25 30:3,6,8,10,12 30:15,18,21,24 31:2,5 31:5,13,18 32:3 34:25 35:15,24 36:14 37:5 37:10 38:4,10,21

40:14 41:5,12 42:15 42:21 43:15 44:7,8,18 44:25 45:5 47:19 49:16,17
**Okey-dokey** 22:6
**one** 6:22 8:10,22 9:11 11:18 12:7 13:4,16,19 14:6 15:18 16:4,13 20:16,17,20 27:19,23 33:10 34:17,17 42:4 43:12,20 44:13 45:21 46:5
**ones** 10:13 14:21 17:10 20:9 23:13 24:7,13 26:21 40:19 43:3,4,5 43:7,14 45:3
**Online** 8:8,19 10:7 11:9 11:11,13 18:22 19:3
**only** 14:4 27:4
**on-line** 9:2
**open** 35:17 40:23
**opening** 48:2
**order** 5:14 29:4,6 46:19
**orders** 14:13 23:12,20 24:11 26:14,22 34:12 35:9 37:7 38:7
**other** 3:9 4:22 5:21 9:14 10:12 16:5 17:14 20:20 21:12 22:16 23:11,13 27:19 32:13 35:14 37:5 40:19 42:13,13 43:5,20
**out** 5:7,24 6:3 14:4,13 17:19 19:20 21:18,19 25:9 31:5,12 33:14 35:2,12 36:12,16 41:3 44:9,11 46:3,15 48:3 48:15 49:14
**outcome** 51:13
**outstanding** 15:11 27:2 27:5
**over** 9:13,13
**overnight** 6:19 21:15
**own** 24:5
**o'clock** 41:2

**P**

**part** 20:9
**parties** 51:11
**paying** 19:15
**percent** 10:13 46:24
**percentage** 10:23
**person** 11:21
**petrie** 1:8 2:8 3:14,15 3:19 4:3,7,10,15 22:24 23:3,6,10,14,24 24:6,9,16,22 25:2,4 25:12,18,24 26:3,5,17 26:24 27:4,8,14,17,20 27:22 28:2,5,14,18,21 28:24 29:3,8,11,15,18 29:20,22,24 30:2,4,7 30:9,11,13,16,19,22 30:25 31:3,7,10,13,17 31:19 32:3,18,19,23 33:3,17,22 34:14,21 35:4,8,15,19,24 36:4 36:9,14,18,25 37:10 37:14,20 38:5,12,15 39:3,8 40:12
**Pfizer** 30:11
**PG** 43:17
**phone** 33:5,24
**phones** 37:16
**plan** 13:7
**play** 16:8
**playing** 5:2
**please** 4:5
**pledge** 16:5
**point** 5:14 34:4 41:16 43:7 46:18
**points** 15:24 23:18
**portfolio** 7:20 19:22
**presidents** 13:5 46:6
**press** 3:11 22:18 32:15
**pretty** 38:8
**price** 8:14 9:6 18:9 25:5 30:14
**primary** 11:21
**probably** 24:19 37:11 37:18
**problem** 4:23 6:18 8:4 9:11,21 15:19 21:24 36:13 38:6 43:7
**problems** 15:18 33:11
**process** 5:13 7:13 21:13
**Proctor** 30:16 43:17
**Products** 28:22
**protect** 5:14 17:15 42:12 46:19
**protection** 10:22
**public** 50:10 51:7
**purposes** 3:6 22:13 32:10
**put** 6:8 12:22 23:16 34:5 38:12 45:14 46:12 47:8 48:18
**putting** 10:22 38:6 42:13

**Q**

**quality** 3:6 22:12 32:9
**quantity** 28:17
**question** 19:13
**quick** 11:4 12:15 28:6
**Quickly** 18:23
**Qwest** 30:19

**R**

**R** 51:2
**rather** 34:3
**rattle** 24:20
**reach** 14:10
**reactivate** 5:17
**real** 11:4 12:15 28:6
**realize** 19:15
**realized** 48:24
**really** 8:3 10:18 16:14
**reason** 33:23
**rebuild** 7:19
**recorded** 3:5 22:12 32:9
**referred** 37:4
**related** 51:11
**remember** 45:12
**remove** 41:11 42:10
**Reporter** 51:7
**reposition** 44:12
**representative** 3:13 22:20 32:17
**resolved** 33:8 41:7
**retrieve** 13:17
**rework** 36:12
**right** 11:16 15:15,21 17:3,6 18:18,25 20:6 21:16,22 22:3 24:11 24:22 27:22 28:11,23 31:17 33:10 34:14 36:4 39:20,25 40:10 42:5 43:18 45:15
**rough** 47:21
**Rowe** 30:13
**run** 11:3 18:3,24 28:5 37:8 41:2 45:8

**S**

**saying** 6:20 9:2 13:3 15:5 18:4,12 33:21 46:18 49:4
**scheduled** 12:12
**second** 4:12 9:24 13:20 25:8 42:4
**securities** 3:9 22:16 32:13
**see** 5:15,23 6:9,14 7:9 7:21 8:23 11:25 12:3 12:7 14:24 15:16,19 16:4,23 17:16 21:3 24:5 26:20,23 33:10 41:10,13 42:4 44:10 46:4,14 48:2,23 49:2
**sell** 3:9 6:16 7:17,18 8:2 8:19,22,24,25 10:16 12:12 14:25,25 20:3 21:6,20 22:15 23:12 24:8,8,11,14 26:22,25 29:4,6 32:12 33:15 34:11 35:14,22 40:14 40:20 42:23 43:4,5,5 43:14,16,24 44:15 45:3,17,21 46:25 48:17,19,25
**selling** 5:7 7:25 10:12
20:4,5,8 44:13 45:4
**sells** 25:7
**send** 46:8,11 47:14
**September** 51:16
**sequence** 25:10
**service** 3:7 22:13 32:10
**services** 3:10,13,15 22:17,19,21 32:14,16
**set** 51:16
**shape** 38:9
**shares** 4:2 42:14,16,22
**shit** 9:5
**show** 26:21 28:15
**since** 34:2,7
**sir** 23:3
**sit** 11:14 22:4
**six** 25:5 27:16
**SLM** 24:18 25:15
**sold** 7:3 10:20 11:2 19:9 19:14 24:10,15,23 25:15,19 26:6 27:10 31:5 36:3 39:23 48:25 49:2,5,7
**some** 7:4,17,18 10:14 10:16 13:5 16:25 17:8 17:9,13 20:4 36:7 40:19 47:2,17 49:4
**somebody** 19:19
**something** 6:24 9:20 25:6 39:24 40:5 42:18 46:7 47:7 49:6
**soon** 20:10 21:25 46:3 49:7,14
**Sorry** 4:10
**south** 23:18
**speak** 4:12 13:14
**SPEAKERS** 2:6
**speaking** 13:23 22:22 22:22
**spoke** 4:21 9:14 21:12 34:11 36:23 39:5,13 40:11 41:24
**squared** 15:20 23:8
**stand** 19:20 21:8 35:13 38:3
**start** 5:6 42:20
**starting** 17:5
**starts** 45:13 48:8
**state** 51:3,8
**Stenotype** 51:6
**still** 13:16 24:5 26:14 27:2,5 28:7 29:3,5
**stock** 12:23 16:5
**stocks** 6:15,17 18:8 20:4 21:21 35:14 40:13 48:17 49:5
**stood** 48:14
**stop** 6:25 12:16 26:14 35:9
**stopped** 40:18
**stops** 5:13 12:16 40:16
41:9 42:10,13 43:8
**straighten** 6:2
**stuff** 21:8 47:2
**Subscribed** 50:5
**Sun** 25:19,22
**sure** 4:6 7:8 23:24 31:22 42:6
**surprise** 16:20
**sworn** 50:5
**symbol** 43:9
**Sysco** 19:4,5

**T**

**T** 30:13 51:2,2
**take** 8:9 9:15 14:5 20:8 31:22
**taking** 38:24
**talk** 6:22 11:25 12:18 12:20 21:5 36:6,16,20 37:23 38:11 41:10 47:6,6,10
**talking** 13:4 37:5
**tanking** 45:13 48:3
**technically** 15:7
**telephone** 1:7
**tell** 7:6 10:25 12:11 15:9 23:22 28:6 42:22 43:3,13
**telling** 36:21 46:5
**terms** 10:19
**Texas** 30:22
**Thank** 32:4
**Thanks** 4:7,15 22:7 31:25 38:14,15,23 49:17
**Theoretically** 19:21
**thing** 6:3 9:24 14:4 16:18,19,19 23:8 31:21 33:8,9,11 36:2 36:12 39:17 42:24 44:12 46:13 48:12,16
**things** 11:16 21:5 36:3 48:15
**think** 6:4,21 10:15 11:16 12:16 13:3 15:11 19:25 23:7 24:17 33:7 34:10,12 35:16,19 40:4,22 43:6 43:20 45:25
**three** 3:23 12:7 25:13 36:7 41:22 43:23,25 48:22
**three-quarters** 9:8 27:11
**through** 11:4 18:24 34:5 38:13 42:24
**ticket** 25:7 26:25 27:9 43:9
**tickets** 25:13
**tied** 41:16
**time** 8:10 9:16 17:5

37:12 46:19
**times** 16:15
**today** 10:4 15:24 32:25 33:7,16 35:18 41:8 42:23 44:17 46:13 47:2,14,20 48:14,14
**told** 18:21 24:14 39:16 40:17,24
**tomorrow** 46:9
**tonight** 15:23
**tonight's** 31:15
**top** 4:22
**total** 3:24 26:6
**totally** 19:16 46:17
**touch** 6:8 15:25
**town** 5:24 17:19 46:15
**track** 3:25
**trade** 3:8 19:8 22:10,14 32:7,12
**training** 3:6 22:13 32:10
**Travelers** 30:25 43:16
**Trust** 25:19,23
**try** 49:12
**trying** 5:16 6:9,17 7:19 11:17 12:14 21:13 23:9 40:3 44:11 47:19
**turned** 23:19
**two** 9:23 18:15 21:4 24:2 25:22 26:6 27:4 34:11 37:6 38:7 40:12 41:9 49:7,10

U

**under** 40:7
**understand** 13:10,10 15:2,4 16:22 17:12,23 17:25 18:5,10 39:9,12 41:18 44:22 46:17,17 49:8
**unfortunately** 5:23 7:14 17:19 37:8 40:25 41:14 45:8 49:8
**union** 3:10 22:16 32:13 42:12 46:20
**unplug** 13:8
**until** 5:25 14:18 34:25 37:7 41:3
**update** 17:8
**uptake** 16:24
**use** 3:7 22:14 32:11

V

**very** 31:10,25 39:13
**vic** 1:8 2:7 3:18 23:5 32:22
**vice** 13:4 46:5
**vice-president** 13:18
**vice-presidents** 6:7 11:18 12:8
**Vision** 28:25
**V.P.s** 39:11

W

**wait** 5:9 7:23 8:4,18 9:9 10:11 19:12 22:5 28:19 34:18
**waiting** 16:24 17:7
**walked** 34:7
**walsh** 2:9 4:11,16,20,24 5:4,11,19 6:4,13,21 7:4,8,12,21 8:6,13,15 8:20 9:4,7,18 10:2,8 10:17 11:3,7,10,14,20 11:23 12:6,13,21 13:2 13:11,15,24,25 14:3 14:11,16,20 15:2,6,13 15:15,22 16:6,12,21 17:2,6,12,20,25 18:5 18:10,13,17,23 19:2,6 19:8,10,18 20:6,13,17 20:21,23 21:2,10,16 21:22 22:3,6,8 26:13 28:10 29:14 30:8 31:23 36:18 37:17,18 37:21 38:17,18,21,25 39:7,10,14,20,25 40:6 40:10,15,21 41:9,13 41:19 42:3,7,9,17,25 43:10,13,18,21 44:3,8 44:18,21,25 45:5,11 45:18,22 46:4,16,23 47:3,10,16,22,25 48:7 48:13,20 49:11,16 50:2
**Walsh's** 33:25
**want** 3:25,25 4:25 5:10 5:16 6:15 7:18 8:2,22 8:24,24 10:14 12:19 12:25 14:24 17:9,15 21:4,5 23:25 34:10 35:2,12,14,21,22 37:6 40:20 41:5 42:10,22 43:3,3,4,9,14,15 44:15 45:21 48:17,19
**wanted** 5:25
**wants** 4:11 42:5
**watch** 17:21 21:8
**way** 33:14 39:21 51:12
**week** 15:20 16:25
**weekend** 48:5
**welcome** 22:10 32:7 39:2
**well** 4:24 6:21 7:12 14:8 28:16 31:21 35:20 39:13 42:17 45:25
**went** 9:25 10:3 23:17 23:20,22 42:23
**were** 12:8 26:22 33:23 34:11 38:8 39:4,16
**we'll** 22:19
**we're** 5:12 7:12,15 10:4 11:15 13:16 15:23 19:21 24:12 33:7 39:11 42:19 44:8
**whole** 6:2 7:19 19:22 33:8 36:2 42:24 43:6 44:12 48:11
**willing** 7:17
**winners** 8:23
**wish** 36:9 41:14
**WITNESS** 51:15
**words** 38:7
**work** 41:21
**worked** 33:8
**working** 25:21 31:20 33:25 34:3,6 37:24 39:4 41:6
**wouldn't** 44:13

Y

**Yahoo** 31:3,4
**years** 17:24
**yesterday** 10:3 33:21 34:10 36:3,21,24 39:5 39:23 40:13 41:25,25 48:23
**york** 51:3,8
**Yup** 18:13 19:10

$

**$41,000** 3:24

0

**0** 3:11 22:18 32:15

1

**1,000** 25:4 26:6 27:10 28:2,15
**1-800-431-2754** 3:11 22:18 32:15
**1.411** 39:24
**1/8th** 26:8
**100,000** 46:9
**11** 41:3 44:24
**11:30** 37:19
**12** 37:15
**1249** 45:12
**130** 9:19
**130,000** 9:18
**17** 8:15,17
**17/32nds** 27:17
**18** 28:2

2

**2,000** 27:23
**200** 15:12
**2002** 50:6 51:16
**21** 26:3
**223** 10:4 15:14,18 19:16
**223,000** 15:13
**24th** 51:16
**250,000** 5:18
**260** 10:4 15:24

3

**3/8ths** 25:25
**30** 17:24 47:14
**300** 10:13 23:18
**31** 25:15,18
**37ths** 25:6
**38** 27:11

4

**40** 3:24 47:14
**400** 10:13
**45** 20:14
**456-7205** 20:25

5

**5/8ths** 24:24
**500** 24:23 25:15,19,24 26:3,7,8
**54** 24:23 25:24

6

**63** 40:9 46:22
**63,000** 40:7

7

**7/16ths** 28:3
**7/8th** 27:23

8

**80s** 40:4
**80,000** 46:8
**814** 20:24
**814-456-7205** 16:4
**85** 46:24
**89** 9:7 49:5

9

**9and** 26:7
**9/11** 1:9
**92** 49:6

---

In the Matter of the telephone conversations between Mr. Vince Conte and others held on September 10, 1998 and September 11, 1998.

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Affidavit was mailed, via First Class U.S. mail, postage prepaid on this 5th day of April, 2004 to:

Elisabeth Ann Seieroe Maurer, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877

Andrew M. Zeitlin

108621 v.01