UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE,<br>    Plaintiff,<br>v.<br><br>US ALLIANCE FEDERAL CREDIT UNION,<br>AFFINA BROKERAGE SERVICES, INC.,<br>ROBERT AMBROSE, and JOHN WALSH,<br>    Defendants. | Civil Action No.<br>3:01 CV 463 (EBB)<br><br>April 7, 2004 |

## PLAINTIFF'S MOTION IN LIMINE

Plaintiff Victor Conte ("Conte") moves this Court for the following relief:

(1)     An order prohibiting Defendant US Alliance Federal Credit Union ("US Alliance") from, in the presence of the jury (a) offering or soliciting any evidence or testimony from the incomplete tape recordings produced by US Alliance to Conte during discovery; and (b) using in any manner at trial the incomplete tape recordings it produced to Conte during discovery.

(2)     In the alternative, in the event that US Alliance is permitted to use such tape recordings at trial, that the jury be given an adverse inference instruction as follows: (i) that US Alliance failed to safeguard, and destroyed / permitted to be destroyed and/or otherwise permitted to become 'unavailable', tape recordings containing conversations between Conte and US Alliance; (ii) that the jury may thus conclude that US Alliance's destruction of those tape recordings was in bad faith, or at a minimum was grossly negligent, and (iii) that US Alliance destroyed those recordings because an examination of those

recordings would have revealed evidence unfavorable to US Alliance and favorable to Conte.

This motion is made on the basis that (i) the tape recordings at issue cannot be authenticated pursuant to Rule 903 of the Federal Rules of Evidence; and; (ii) US Alliance failed to preserve, destroyed and/or made 'unavailable' tape recordings of conversations between Conte and various representatives of US Alliance concerning matters at issue in this proceeding, thereby resulting in significant prejudice to Conte.

This motion is based on this Notice of Motion, the memorandum of law in support hereof, the Affirmation of Elisabeth Seieroe Maurer in support hereof, and all other papers and arguments the Court shall entertain in connection with the submission of this motion.

The instant action is not yet assigned for trial.

PLAINTIFF
VICTOR T. CONTE

BY: _____
Elisabeth Seieroe Maurer (ct11445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
e-mail: esmaurer@snet.net