UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE,<br><br>Plaintiff,<br>v.<br><br>US ALLIANCE FEDERAL CREDIT UNION,<br>AFFINA BROKERAGE SERVICES, INC.,<br>ROBERT AMBROSE AND JOHN WALSH<br><br>**Defendants.** | Civil Action No.<br>3:01 CV 463 (EBB)<br><br><br>April 7, 2004 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion in Limine, and the Affirmation and Memorandum of Law in support thereof, was served, via Federal Express, on this 7th day of April 2004, on the following counsel :

U.S. Alliance Federal Credit Union
Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

U.S. Alliance Federal Credit Union
Andrew M. Zeitlin, Esq.
Shipman & Goodwin LLP
One Landmark Square
Stamford, CT 06901-2676

_____
Elisabeth Seieroe Maurer