UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 23  2 23 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

VICTOR T. CONTE,
        Plaintiff

v.                              3:01-CV-463 (EBB)

US ALLIANCE FEDERAL CREDIT
UNION, ET AL,
        Defendants

### ORDER

Federal Rule of Civil Procedure 26(a)(1) is entitled, "Initial Disclosures" and provides, in pertinent part, that "a party **must**, without awaiting a discovery request, provide to the other parties", *inter alios*, that information set forth in subsection (a)(1)(D)(emphasis added).

Fed.R.Civ.P. 26(a)(1)(D) **mandates** the disclosure to Plaintiff herein "for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment."

The Defendants are now three years tardy for compliance with this mandated disclosure. The Court will not tolerate such obstreperous conduct on the part of defense counsel.

Accordingly, it is hereby ORDERED that, on or before May 3, 2004, Defendants shall comply with this required disclosure by bringing such documents to the law offices of Plaintiff's counsel

in order that she may inspect and copy the records. If the documents are voluminous, defense counsel shall prepare a complete list of all insurance agreements which fall within the purview of Rule 26(a)(1)(D), such list to include all parties to the insurance agreement, the contract identification number, the terms of coverage, and a summary of all coverage thereunder.

The Court shall make itself available on May 3, 2004, for conference call, if required.

This is a final ORDER, which shall not be modified by this Court, except for extraordinary good cause.

                                   SO ORDERED

                                   /ELLEN BREE BURNS

                                   SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 23rd day of April, 2004.