

FILED
APR 23  1 49 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE, | |
| **Plaintiff,** | Civil Action No. |
| v. | 3:01 CV 463 (EBB) |
| US ALLIANCE FEDERAL CREDIT UNION, AFFINA BROKERAGE SERVICES, INC., ROBERT AMBROSE AND JOHN WALSH | April 21, 2004 |
| **Defendants.** | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Offer of Judgment, was served, via First Class Mail postage prepaid, on this 21th day of April, 2004, on the following counsel :

U.S. Alliance Federal Credit Union
Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

U.S. Alliance Federal Credit Union
Andrew M. Zeitlin, Esq.
Shipman & Goodwin LLP
One Landmark Square
Stamford, CT 06901-2676


_____
Elisabeth Seieroe Maurer

2