UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
VICTOR T. CONTE,                               :    Civil Action No.
    Plaintiff,                                      :    3:01 CV 463 (EBB)
v.                                                            :
                                                          :
US ALLIANCE FEDERAL CREDIT UNION,    :    April 26, 2004
AFFINA BROKERAGE SERVICES, INC.,      :
ROBERT AMBROSE, and JOHN WALSH,    :
    Defendants.                                  :
-------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME

Plaintiff hereby files a Motion for Extension of Time up to and including July 5, 2004, to file the Joint Pre-Trial Memorandum. The instant action is assigned to trial and will begin jury selection on July 13, 2004. This is the Plaintiff's fifth request for an extension of time.

        PLAINTIFF,

        Victor T. Conte

BY: _____
        Elisabeth Seieroe Maurer (ct11445)
        Law Offices of Elisabeth Seieroe Maurer, PC
        871 Ethan Allen Highway, Suite 202
        Ridgefield, CT 06877
        Phone (203) 438-1388, Fax (203) 431-0357
        e-mail: esmaurer@esmlaw.net