## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------X
VICTOR T. CONTE,                              :      Civil Action No.
        Plaintiff,                            :      3:01 CV 463 (EBB)
v.                                            :
                                              :
US ALLIANCE FEDERAL CREDIT UNION,             :      April 26, 2004
AFFINA BROKERAGE SERVICES, INC.,              :
ROBERT AMBROSE, and JOHN WALSH,               :
        Defendants.                           :
-------------------------------------------------------------X
```

### AFFIDAVIT IN SUPPORT OF
### MOTION ON CONSENT FOR EXTENSION OF TIME

I, Elisabeth Seieroe Maurer, being duly sworn, hereby affirm under penalties of perjury that:

1.    I am the attorney for the Plaintiff herein. The parties' Joint Pre-trial Memorandum is due May 24, 2004, per the current scheduling order.

2.    The jury selection is scheduled to begin July 13, 2004.

3.    It is the Court's practice to receive the pretrial memorandum a week in advance of trial.

4.    This is Plaintiff's fifth application for an extension of time.

5.    This matter is set for trial.

Elisabeth Seieroe Maurer