UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VICTOR T. CONTE,** | : |
| **Plaintiff,** | : Civil Action No. |
| v. | : 3:01 CV 463 (EBB) |
| **US ALLIANCE FEDERAL CREDIT UNION,** | : |
| **AFFINA BROKERAGE SERVICES, INC.,** | : |
| **ROBERT AMBROSE AND JOHN WALSH** | : April 26, 2004 |
| **Defendants.** | : |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion for Extension of Time was sent via first-class mail postage prepaid on this 26th day of April, 2004, to the following counsel and pro se parties:

Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

Andrew M. Zeitlin, Esq.
Shipman & Goodwin LLP
One Landmark Square
Stamford, CT 06901-2676

_____
Elisabeth Seieroe Maurer