UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 28  12 01 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

VICTOR T. CONTE,
        Plaintiff

v.                   3:01-CV-463 (EBB)

US ALLIANCE FEDERAL CREDIT UNION,
        Defendant

### ORDER

On or before May 6, 2004, defense counsel shall submit an affidavit, for the Court's review, as to the following:

1) Is Defendant herein a member of the National Credit Union Association ?

2) If so, the insurance offered, if any, to Defendant through that Association.

3) If insurance does exist through the Association, why is Defendant allegedly not seeking protection therefrom ?

4) In the Deposition of former Defendant, Robert Ambrose, taken on October 23, 2002, the following question and response were recorded:

> Q. Referring to the Item Number 21, any policy of insurance over access [sic] that may provide coverage in this matter
>
> Did you look for those documents ?
>
> A. . . . Coverage has been denied by our

    bond company. . . .

Deposition of Robert Andrews (October 23, 2002) at 122 L: 15-18; 20.

  5. Defense counsel is hereby ordered to provide a copy of the declination letter from the bond company, including the reasons therefore.

  6. Whether Defendant is being defended by any insurance company or bond company under a reservation of rights. Defense counsel is hereby ordered to provide a copy of such supporting documentation, if any.

         SO ORDERED

         _____

         ELLEN BREE BURNS

         SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 27th day of April, 2004.