UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Apr 29   2 07 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

VICTOR T. CONTE,
        Plaintiff   :

       v.            :   3:01-CV-463 (EBB)

US ALLIANCE FEDERAL CREDIT
UNION,
        Defendant  :

### SECOND ORDER REGARDING INSURANCE COVERAGE

In addition to the Order issued earlier this week, the additional information, provided under oath, is hereby required by the Court:

1) Re: National Credit Union Administration's Rules and ("NCUA") regulations entitled *Fidelity and Bond Insurance Coverage for Federal Credit Unions*, Part 713 (November, 2001). Please state if Defendant is presently complying with Part 713. If your answer is "No", explain in full detail.

2) Re: section entitled "Surety Bond and Insurance Coverage." Please state if Defendant is in compliance with the mandatory terms thereof, including, but not limited to, the procurement of liability insurance. If your answer is "no", explain in full detail

3) Re: Sections 713.2; 713.3 and 713.5(a) of *Federal NCUA Rules and Regulations*, entitled "Fidelity Bond and Insurance Coverage. Please state whether Defendant is in compliance with Sections 713.2; 713.3; and 713.5(a). If your answer is "No",

please explain in full detail.

This information is hereby ORDERED to be included in the initial Order, filed April 29, 2004.

SO ORDERED

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 29th date of April, 2004.