UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
VICTOR T. CONTE,                          :     Civil Action No.
    Plaintiff,                            :     3:01 CV 463 (EBB)
v.                                        :
                                          :
US ALLIANCE FEDERAL CREDIT UNION,         :     April 29, 2004
AFFINA BROKERAGE SERVICES, INC.,          :
ROBERT AMBROSE, and JOHN WALSH,           :
    Defendants.                           :
---------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF
## AMENDED MOTION ON CONSENT FOR EXTENSION OF TIME

I, Elisabeth Seieroe Maurer, being duly sworn, hereby affirm under penalties of perjury that:

1. I am the attorney for the Plaintiff herein. The parties' Joint Pre-trial Memorandum is due May 24, 2004, per the current scheduling order.

2. The jury selection is scheduled to begin July 13, 2004.

3. It is the Court's practice to receive the pretrial memorandum a week in advance of trial.

4. I have contacted opposing counsel to request his consent for an extension of time; however, opposing counsel has not responded.

5. This is Plaintiff's fifth application for an extension of time.

6. This matter is set for trial.

_____
Elisabeth Seieroe Maurer