## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VICTOR T. CONTE,** | |
| **Plaintiff,** | Civil Action No. |
| v. | 3:01 CV 463 (EBB) |
| **US ALLIANCE FEDERAL CREDIT UNION, AFFINA BROKERAGE SERVICES, INC., ROBERT AMBROSE AND JOHN WALSH** | April 29, 2004 |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Amended Motion for Extension of Time was sent via first-class mail postage prepaid on this 29th day of April, 2004, to the following counsel and pro se parties:

Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

Andrew M. Zeitlin, Esq.
Shipman & Goodwin LLP
One Landmark Square
Stamford, CT 06901-2676

_____
Elisabeth Seieroe Maurer