UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
May 3  1 54 PM '04

-------------------------------------------------------X
VICTOR T. CONTE,
    Plaintiff,
v.

US ALLIANCE FEDERAL CREDIT UNION,
AFFINA BROKERAGE SERVICES, INC.,
ROBERT AMBROSE, and JOHN WALSH,
    Defendants.
-------------------------------------------------------X

Civil Action No.
3:01 CV 463 (EBB)

April 29, 2004

## AMENDED MOTION FOR EXTENSION OF TIME

Plaintiff hereby files an Amended Motion for Extension of Time up to and including July 5, 2004, to file the Joint Pre-Trial Memorandum. The instant action is assigned to trial and will begin jury selection on July 13, 2004. This is the Plaintiff's fifth request for an extension of time.

PLAINTIFF,

Victor T. Conte

BY: _____
Elisabeth Seieroe Maurer (ct11445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388, Fax (203) 431-0357
e-mail: esmaurer@esmlaw.net