UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE,<br>    Plaintiff,<br>v.<br><br>US ALLIANCE FEDERAL CREDIT UNION,<br>AFFINA BROKERAGE SERVICES, INC.,<br>ROBERT AMBROSE, and JOHN WALSH,<br>    Defendants. | Civil Action No.<br>3:01 CV 463 (EBB)<br><br>May 7, 2004 |

### PLAINTIFF'S MOTION FOR SANCTIONS

Plaintiff Victor Conte ("Conte") moves this Court for the following relief:

An order sanctioning Defendant US Alliance Federal Credit Union ("US Alliance") pursuant to Rule 37 of the Federal Rules of Civil Procedure due to US Alliance's failure to comply with this Court's Orders dated April 23, 2004 and April 27, 2004;

An order sanctioning Defendant US Alliance Federal Credit Union ("US Alliance") pursuant to Rule 37 of the Federal Rules of Civil Procedure due to US Alliance's failure to make the mandatory disclosures of insurance information as set forth in Rule 26(a)(1)(D).

The instant action is assigned for trial.

                          PLAINTIFF
                          VICTOR T. CONTE

BY: _____
        Elisabeth Seieroe Maurer (ct11445)
        Law Offices of Elisabeth Seieroe Maurer, PC
        871 Ethan Allen Hwy., Suite 202
        Ridgefield, CT 06877
        Phone (203) 438-1388
        Fax (203) 431-0357
        e-mail: esmaurer@snet.net