## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR T. CONTE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | 3:01 CV 463 (EBB) |
| | : | |
| US ALLIANCE FEDERAL CREDIT UNION, | : | |
| AFFINA BROKERAGE SERVICES, INC., | : | |
| ROBERT AMBROSE AND JOHN WALSH | : | May 7, 2004 |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion for Sanctions,

Memorandum of Law in Support of Plaintiff's Motion for Sanctions, and

Affirmation of Elisabeth Seieroe Maurer was sent via federal express prepaid

on this 7th day of April, 2004, to the following counsel and pro se parties:

Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

Andrew M. Zeitlin, Esq.
Shipman & Goodwin LLP
300 Atlantic Avenue
Stamford, CT 06901-3522

_____
Elisabeth Seieroe Maurer