```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

VICTOR T. CONTE                 :
                                :
        Plaintiff,              :   CASE NO. 3:01-CV-463(EBB)
                                :
V.                              :
                                :
US ALLIANCE FEDERAL CREDIT      :
UNION, AFFINA BROKERAGE         :
SERVICES, INC.,                 :
ROBERT AMBROSE                  :
and JOHN WALSH                  :
                                :
        Defendants.             :   MAY 20, 2004
```

**<u>APPEARANCE</u>**

TO THE CLERK of this court and all parities of record:

    Please enter the appearance of **Eric P. Smith** as counsel to the defendant, **US Alliance Federal Credit Union**, IN ADDITION TO counsel of record.

```
                         THE DEFENDANT,
                         US Alliance Federal Credit Union



                         BY: _____
                             ERIC P. SMITH, ESQ.
                             Fed. Bar No. ct16141
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\APPEARANCE EPS USALLIANCE 5-20-04.DOC

1

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed on May 20, 2004 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

Elisabeth Seieroe Maurer, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877-2811
(203) 438-1388
(203) 431-0357 (facsimile)

Martin P. Unger, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000
(516) 296-7111 (facsimile)

Frederick S. Gold, Esq.
Andrew M. Zeitlin, Esq.
Shipman & Goodwin, LLP
300 Atlantic Street
Stamford, CT 06901
(203) 324-8100
(203) 324-8199 (facsimile)

                                              _____
                                              Eric P. Smith

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\APPEARANCE EPS USALLIANCE 5-20-04.DOC

2