UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR T. CONTE | : | |
| | : | |
| *Plaintiff*, | : | CASE NO. 3:01-CV-463(EBB) |
| | : | |
| V. | : | |
| | : | |
| US ALLIANCE FEDERAL CREDIT | : | |
| UNION, AFFINA BROKERAGE | : | |
| SERVICES, INC., | : | |
| ROBERT AMBROSE | : | |
| and JOHN WALSH | : | |
| | : | |
| *Defendants*. | : | MAY 20, 2004 |

## **APPEARANCE**

TO THE CLERK of this court and all parities of record:

  Please enter the appearance of **Hugh F. Keefe** as counsel to the defendant, **US Alliance Federal Credit Union**, IN ADDITION TO counsel of record.

                              THE DEFENDANT,
                              US Alliance Federal Credit Union


                              BY: _____
                                   HUGH F. KEEFE, ESQ.
                                   Fed. Bar No. ct05106

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\APPEARANCE HFK USALLIANCE 5-20-04.DOC

1

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed on May 20, 2004 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

Elisabeth Seieroe Maurer, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877-2811
(203) 438-1388
(203) 431-0357 (facsimile)

Martin P. Unger, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000
(516) 296-7111 (facsimile)

Frederick S. Gold, Esq.
Andrew M. Zeitlin, Esq.
Shipman & Goodwin, LLP
300 Atlantic Street
Stamford, CT 06901
(203) 324-8100
(203) 324-8199 (facsimile)

                                            _____
                                            Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\APPEARANCE HFK USALLIANCE 5-20-04.DOC

2