**CERTILMAN BALIN**
ATTORNEYS

90 MERRICK AVENUE
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

MARTIN P. UNGER
PARTNER
DIRECT DIAL: 516.296.7004
munger@certilmanbalin.com

**RECEIVED**
MAY 25 2004

May 24, 2004

**Via Federal Express and Facsimile**
Hon. Ellen Bree Burns, Senior Judge
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

      Re:   Case No. 3:01-cv-463
              Conte v. US Alliance Federal Credit Union

Dear Judge Burns:

      With respect to Elisabeth Seieroe Maurer's letter to you dated May 14, 2004 regarding her request for prior approval to use at trial a demonstrative aid in the form of PowerPoint presentations, if the Court has no objection we do not either. We only request that a hard copy of the material be provided to us, to the jury and to the Court as well. This is particularly important should a record on appeal be necessary. In this connection, the Court should be aware that I cannot even imagine the "well over 700 exhibits" plaintiff is referring to. We certainly have not seen anything close to that, let alone even 50 deposition exhibits during pre-trial discovery.

                        Respectfully,

                        Martin P. Unger

MPU:ed
enc.
cc: Elisabeth Seieroe Maurer, Esq. (Via Facsimile)
     Eric Smith, Esq.

iManage:1563912.1

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: 1393 VETERANS MEMORIAL HWY., SUITE 301S, HAUPPAUGE, NY 11788 • PHONE: 631.979.3000 • FAX: 631.979.7070