UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE,<br>    Plaintiff,<br>v.<br><br>US ALLIANCE FEDERAL CREDIT UNION,<br>AFFINA BROKERAGE SERVICES, INC.,<br>ROBERT AMBROSE, and JOHN WALSH,<br>    Defendants. | Civil Action No.<br>3:01 CV 463 (EBB)<br><br>May 21, 2004 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of **Eva M. Puorro** as counsel for the plaintiff **Victor T. Conte** IN ADDITION TO counsel of record.

PLAINTIFF
VICTOR T. CONTE

BY: _____
Eva M. Puorro (ct25772)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
e-mail: epuorro@esmlaw.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE,<br>    Plaintiff,<br>v.<br><br>US ALLIANCE FEDERAL CREDIT UNION,<br>AFFINA BROKERAGE SERVICES, INC.,<br>ROBERT AMBROSE, and JOHN WALSH,<br>    Defendants. | Civil Action No.<br>3:01 CV 463 (EBB)<br><br>May 21, 2004 |

### CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed by first-class mail on this 21st day of May 2004 to the following counsel and pro se parties:

Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

Hugh F. Keefe
Eric P. Smith
Lynch, Traub, Keefe, and Errante, P.C.
52 Trumbull Street, P.O. Box 1612
New Haven, CT 06506-1612

Frederick S. Gold, Esq.
Andrew M. Zeitlin, Esq.
Shipman & Goodwin LLP
300 Atlantic Avenue
Stamford, CT 06901-3522

_____
Eva M. Puorro