UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE, | |
| **Plaintiff,** | Civil Action No. |
| v. | 3:01 CV 463 (EBB) |
| US ALLIANCE FEDERAL CREDIT UNION, AFFINA BROKERAGE SERVICES, INC., ROBERT AMBROSE AND JOHN WALSH | June 3, 2004 |
| **Defendants.** | |

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion for Sanctions, Memorandum of Law in Support of Plaintiff's Motion for Sanctions, and Affirmation of Elisabeth Seieroe Maurer was sent via federal express prepaid on the 7th day of May, 2004, to the following counsel and pro se parties:

Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

Andrew M. Zeitlin, Esq.
Shipman & Goodwin LLP
300 Atlantic Avenue
Stamford, CT 06901-3522

Elisabeth Seieroe Maurer