UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE, | :  |
| Plaintiff, | :  Civil Action No. |
| v. | :  3:01 CV 463 (EBB) |
| US ALLIANCE FEDERAL CREDIT UNION, AFFINA BROKERAGE SERVICES, INC., ROBERT AMBROSE AND JOHN WALSH | :  June 4, 2004 |
| **Defendants.** | :  |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Reply Memorandum In Further Support of Plaintiff's Motion for Sanctions and In Opposition to Defendant's Application for Sanctions, was served, via Federal Express, on this 4th day of June 2004, on the following counsel:

U.S. Alliance Federal Credit Union
Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

U.S. Alliance Federal Credit Union
Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
New Haven, CT 06506

U.S. Alliance Federal Credit Union
Andrew M. Zeitlin, Esq.
Shipman & Goodwin LLP
300 Atlantic Avenue
Stamford, CT 06901

_____
Eva Puorro