# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR T. CONTE | : | |
| | : | |
| Plaintiff, | : | CASE NO.  3:01-CV-463 (EBB) |
| | : | |
| v. | : | |
| | : | |
| US ALLIANCE FEDERAL CREDIT | : | |
| UNION | : | |
| | : | |
| Defendant. | : | June 8, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned respectfully moves for leave to withdraw his Appearance as counsel for defendant US Alliance Federal Credit Union ("US Alliance").   In support of this motion, the undersigned represents as follows:

1.    The undersigned has acted as Connecticut counsel to US Alliance since the commencement of this action in or about 2001.  US Alliance's lead counsel is Martin P. Unger, Esq., who was admitted to this Court, pro hac vice, in or about May 2001.

2.    On or about May 20, 2004, attorneys Hugh F. Keefe and Eric Smith of Lynch, Traub, Keefe and Errante, P.C. filed Appearances as Connecticut counsel for US Alliance.

3.    The undersigned makes this motion in accordance with Local Rule of Civil Procedure 7(e), which permits withdrawal of Appearances upon a showing that other counsel has appeared.

4.    The undersigned respectfully submits that the relief requested herein will not have a material adverse effect on the interests of US Alliance or of any other party.

5.    In accordance with Local Rule of Civil Procedure 7(e), this motion is being served on US Alliance by certified mail.

**WHEREFORE**, the undersigned respectfully moves for leave to withdraw his Appearance in this matter, together with such other and further relief as the Court deems proper.

Respectfully Submitted,

Frederick S. Gold
Federal Bar No. ct 03560
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901
Tel.  (203) 324-8111
Fax. (203) 324-8199

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Withdraw

Appearance was mailed, via U.S. Mail, postage prepaid, this 8th day of June, 2004, to:

Elisabeth Seieroe Maurer, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877-2811

Hugh F. Keefe, Esq.
Eric Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Martin P. Unger, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554

I further certify that a copy of the foregoing Motion to Withdraw was mailed, via certified

mail, return receipt requested, this 8th day of June, 2004, to:

US Alliance Federal Credit Union
Attention:  Robert Ambrose
599 Midland Avenue
Rye, NY 10580

_____
Andrew M. Zeitlin