UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------:
VICTOR T. CONTE                 : CIVIL ACTION NO. 3:01cv463(EBB)
                                :
     PLAINTIFF,                 :
                                :
V.                              :
                                :
USALLIANCE FEDERAL CREDIT       :
UNION, ET AL.                   :
                                :
     DEFENDANTS.                :
                                :
-------------------------------. JUNE 9, 2004
```

### **DEFENDANT USALLIANCE FEDERAL CREDIT UNION'S MOTION TO VACATE AND/OR MODIFY ORDER**

In accordance with Local Rule 7, defendant USAlliance Federal Credit Union ("USAlliance") respectfully moves that the Court vacate its April 23, 2004 order[1] (the "Order"). Alternatively, USAlliance respectfully moves that the Court vacate that portion of the Order which states:

> [t]he defendants (sic) are now three years tardy for compliance with this [Fed.R.Civ.P. 26(a)(1)(D)] mandated disclosure. The Court will not tolerate such obstreperous conduct on the part of defense counsel.

---

[1] See Exhibit A.

- 1 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\MOTION TO VACATE 6-9-04.DOC

Alternatively, USAlliance respectfully moves that the court conduct an evidentiary hearing concerning any claimed non-compliance on the part of USAlliance and any claimed obstreperous conduct on the part of its counsel, Martin P. Unger.

If the Order stands as written, a review of the record in this case would suggest that USAlliance and its counsel violated the Federal Rules of Civil Procedure by failing to supply mandatory discovery to the plaintiff, and that USAlliance's counsel's conduct was both "unruly" and disturbing to the Court. USAlliance and its counsel respectfully submit that they have complied fully with both the mandates and the spirit of Rule 26, that they have done so in a timely fashion, and that USAlliance's counsel has not acted, and has not intended to act, in an obstreperous fashion. Insofar as the Order does not accurately reflect the conduct of USAlliance and its counsel in this proceeding, the Order casts an unfair and unflattering light upon USAlliance and its counsel which should be corrected.

- 2 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\MOTION TO VACATE 6-9-04.DOC

In support of this Motion, USAlliance submits the affidavit of its counsel, Martin P. Unger, attached hereto.[2]

                                            Most respectfully submitted,

                                            THE DEFENDANT,
                                            US Alliance Federal Credit Union


                                            BY:_____
                                               HUGH F. KEEFE, ESQ.
                                             Fed. Bar. No. ct 04292
                                             ERIC P. SMITH, ESQ.
                                             Fed. Bar No. ct16141

---

[2] <u>See</u> Exhibit B.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\MOTION TO VACATE 6-9-04.DOC

CERTIFICATION

    I certify that a copy of the above was mailed on June 9, 2004 to all counsel and *pro se* parties of record as follows:

Elisabeth Seieroe Maurer, Esq.
Eva M. Puorro, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877-2811
(203) 438-1388
(203) 431-0357 (facsimile)

Martin P. Unger, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000
(516) 296-7111 (facsimile)

Frederick S. Gold, Esq.
Andrew M. Zeitlin, Esq.
Shipman & Goodwin, LLP
300 Atlantic Street
Stamford, CT 06901
(203) 324-8100
(203) 324-8199 (facsimile)

                                            _____
                                            Eric P. Smith, Esq.

- 4 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\MOTION TO VACATE 6-9-04.DOC