UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------:
VICTOR T. CONTE                 : CIVIL ACTION NO. 3:01cv463(EBB)
                                :
     PLAINTIFF,                 :
                                :
V.                              :
                                :
USALLIANCE FEDERAL CREDIT       :
UNION, ET AL.                   :
                                :
     DEFENDANTS.                :
                                :
-------------------------------.
```

**AFFIDAVIT OF MARTIN P. UNGER**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

MARTIN P. UNGER, being duly sworn, hereby deposes and says that:

1.  I am over the age of eighteen and understand the obligations and sanctity of an oath.

2.  I am one of the attorneys defending and representing the interests of USAlliance Federal Credit Union ("USAlliance") in this case.

3.  On June 21, 2001, defendant USAlliance and then-defendant Affina Brokerage Services, Inc. ("Affina") timely

- 1 -

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\AFF OF UNGER 6-8-04.DOC

served their "Initial Disclosure of Defendants USAlliance Federal Credit Union and Affina Brokerage Services, Inc. Pursuant to Rule 26(a)(1)" (the "Initial Disclosure").

    4.    Among other things, the Initial Disclosure states:

**D. For inspection and copying, as under Rule 34 of the Federal Rules of Civil Procedure, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment that may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**Response: There are no relevant insurance agreements covering USAlliance or Affina.**

    5.    Pursuant to Rule 5(d) of the Federal Rules of Civil Procedure, the Initial Disclosure was not filed with the Court.

    6.    Throughout the pendency of this case, I have not acted in an obstreperous fashion, nor have I ever attempted to violate, or knowingly violated, any of the Federal Rules of Civil Procedure.

                                            _____
                                            Martin P. Unger

Sworn to before me this \_\_ day of June, 2004.

_____

- 2 -

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\AFF OF UNGER 6-8-04.DOC