FILED
JUN 9  10 27 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE | : |
| Plaintiff, | : CASE NO. 3:01-CV-463 (EBB) |
| v. | : |
| US ALLIANCE FEDERAL CREDIT UNION | : |
| Defendant. | : June 8, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned respectfully moves for leave to withdraw his Appearance as counsel for defendant US Alliance Federal Credit Union ("US Alliance"). In support of this motion, the undersigned represents as follows:

1.   The undersigned has acted as Connecticut counsel to US Alliance since the commencement of this action in or about 2001. US Alliance's lead counsel is Martin P. Unger, Esq., who was admitted to this Court, pro hac vice, in or about May 2001.

FILED
JUN 15  3 11 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.