UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------:
VICTOR T. CONTE                 : CIVIL ACTION NO. 3:01cv463(EBB)
                                :
     PLAINTIFF,                 :
                                :
V.                              :
                                :
USALLIANCE FEDERAL CREDIT       :
UNION, ET AL.                   :
                                :
     DEFENDANTS.                :
                                :
-------------------------------. JUNE 18, 2004
```

### DEFENDANT USALLIANCE FEDERAL CREDIT UNION'S
### REPLY RE: MOTION TO VACATE AND/OR MODIFY ORDER

In accordance with Local Rule 7, defendant USAlliance Federal Credit Union ("USAlliance") respectfully replies to the plaintiff's Memorandum in Opposition dated June 14, 2004.

The plaintiff's first enumerated response is nothing more than a disrespectful attack on USAlliance and its counsel (old and new alike) which deserves no response.

The plaintiff's second enumerated response is wholly inapposite. USAlliance has not challenged, and does not challenge now, the District Court's inherent authority to "manage its own affairs and docket" and issue appropriate

- 1 -

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\MOTION TO VACATE - REPLY 6-18-04.DOC

discretionary orders.  The sole issue raised by USAlliance in its Motion to Vacate and/or Modify is the factual basis upon which the Court's April 23, 2004 Order is predicated.[1]

The plaintiff's third enumerated response is puzzling. Insofar as USAlliance's Motion does not involve "disputed issues of law," there was neither a requirement nor a meaningful reason for USAlliance to file a written memorandum of law to accompany its Motion. See Local Rule 7(a)(1).[2]

                              Most respectfully submitted,

                              THE DEFENDANT,
                              US Alliance Federal Credit Union

                              BY:_____
                                 HUGH F. KEEFE, ESQ.
                                 Fed. Bar. No. ct 04292
                                 ERIC P. SMITH, ESQ.
                                 Fed. Bar No. ct16141

---

[1] USAlliance's factual opposition to the Order was expressed previously in a letter addressed to the Court from Martin P. Unger, Esq. dated April 26, 2004 and the exhibit appended thereto.  A copy of that letter and exhibit are reproduced and attached hereto as Exhibit A.

[2] Local Rule 7(a)(1) states, in pertinent part, that "[a]ny motion **involving disputed issues of law** shall be accompanied by a written memorandum of law […].  (Emphasis added.)

- 2 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\MOTION TO VACATE - REPLY 6-18-04.DOC

CERTIFICATION

I certify that a copy of the above was mailed on June 18, 2004 to all counsel and *pro se* parties of record as follows:

Elisabeth Seieroe Maurer, Esq.
Eva M. Puorro, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877-2811
(203) 438-1388
(203) 431-0357 (facsimile)

Martin P. Unger, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000
(516) 296-7111 (facsimile)

_____
Eric P. Smith, Esq.

- 3 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\MOTION TO VACATE - REPLY 6-18-04.DOC