UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR T. CONTE | : | |
| | : | |
| *Plaintiff*, | : | CASE NO. 3:01-CV-463(EBB) |
| | : | |
| V. | : | |
| | : | |
| US ALLIANCE FEDERAL CREDIT | : | |
| UNION, AFFINA BROKERAGE | : | |
| SERVICES, INC., | : | |
| ROBERT AMBROSE | : | |
| and JOHN WALSH | : | |
| | : | |
| *Defendants*. | : | JUNE 21, 2004 |

**APPEARANCE**

TO THE CLERK of this court and all parities of record:

Please enter the appearance of **STEVEN J. ERRANTE** as counsel to the defendant, **US Alliance Federal Credit Union**, IN ADDITION TO counsel of record.

                                        THE DEFENDANT,
                                        US Alliance Federal Credit Union


                                        BY: _____
                                              STEVEN J. ERRANTE, ESQ.
                                              Fed. Bar No. ct04292

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\APPEARANCE SJE USALLIANCE 6-21-04.DOC

1

### **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on June 21, 2004 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

Elisabeth Seieroe Maurer, Esq.
Eva M. Puorro, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877-2811
(203) 438-1388
(203) 431-0357 (facsimile)

Martin P. Unger, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000
(516) 296-7111 (facsimile)

```
                              _____
                              Hugh F. Keefe
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\APPEARANCE SJE USALLIANCE 6-21-04.DOC

2