UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE,<br>　　Plaintiff,<br>v.<br><br>US ALLIANCE FEDERAL CREDIT UNION,<br>AFFINA BROKERAGE SERVICES, INC.,<br>ROBERT AMBROSE, and JOHN WALSH,<br>　　Defendants. | Civil Action No.<br>3:01 CV 463 (EBB)<br><br>June 28, 2004 |

### PLAINTIFF'S MOTION FOR PERMISSION TO FILE A SUR-REPLY AFFIRMATION AND SUR-REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION IN LIMINE DATED APRIL 7, 2004 AND PLAINTIFF'S MOTION FOR SANCTIONS DATED MAY 7, 2004

Plaintiff Victor Conte ("Conte") moves this Court for the following relief:

An order granting Plaintiff permission to file a sur-reply affirmation and memorandum of law, in further support of Plaintiff's Motion in Limine dated April 7, 2004 and Motion for Sanctions dated May 7, 2004. As explained in the accompanying affirmation of Elisabeth Seieroe Maurer dated June 28, 2004, Plaintiff is requesting this relief because Plaintiff has just discovered that Defendant has repeatedly submitted to this Court a document that has been significantly altered and that such conduct is relevant to and should be

considered by the Court in ruling on Plaintiff's Motion in Limine dated April 7, 2004 and Motion for Sanctions dated May 7, 2004.

The instant action is assigned for trial.

PLAINTIFF
VICTOR T. CONTE

BY: _____
Elisabeth Seieroe Maurer (ct11445)
Eva M. Puorro (ct25772)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
e-mail: esmaurer@snet.net
