UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE, | |
| Plaintiff, | Civil Action No. |
| v. | 3:01 CV 463 (EBB) |
| US ALLIANCE FEDERAL CREDIT UNION, AFFINA BROKERAGE SERVICES, INC., ROBERT AMBROSE AND JOHN WALSH | June 28, 2004 |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion for Permission to File a Sur-Reply Affirmation and Sur-reply Memorandum of Law in further support of its Motion in Limine dated April 7, 2004 and its Motion for Sanctions dated May 7, 2004, was sent, via Federal Express, on this 28th day of June 2004, to the following counsel:

U.S. Alliance Federal Credit Union
Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

U.S. Alliance Federal Credit Union
Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
New Haven, CT 06506

_____
Elisabeth Seieroe Maurer