UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE,<br>    Plaintiff,<br>v.<br><br>US ALLIANCE FEDERAL CREDIT UNION,<br>AFFINA BROKERAGE SERVICES, INC.,<br>ROBERT AMBROSE, and JOHN WALSH,<br>    Defendants. | Civil Action No.<br>3:01 CV 463 (EBB)<br><br>July 2, 2004 |

## PLAINTIFF'S MOTION IN LIMINE

Plaintiff Victor Conte ("Plaintiff" or "Conte") moves this Court for an Order granting the following relief:

(1) Permitting Plaintiff to offer or solicit evidence or testimony, and make statements, directly and indirectly, at trial regarding the following documents produced to Plaintiff pursuant to various subpoenas issued during this proceeding:

    a. Documents produced by the National Association of Securities Dealers, Inc. ("NASD") regarding the NASD's regulatory examinations of US Alliance / Affina Brokerage Services ("Affina") and related findings that US Alliance / Affina Brokerage violated various statutes, rules and regulations applicable to the financial industry (Plaintiff's Exhibit Nos. 657A, 657B, 658-662 for identification);

    b. Documents produced by the NASD regarding the National Credit Union Administration ("NCUA")'s regulatory examinations of US Alliance / Affina and related findings that US Alliance / Affina violated NCUA rules and regulations (Plaintiff Exhibit Nos. 690-695 for identification).

    c. Documents produced to Plaintiff by Dorsa & Associates, Inc., consisting of draft policies & procedures that Dorsa provided to US Alliance / Affina as a result of the determinations of the NCUA and NASD regulatory examinations (Plaintiff Ex. Nos. 696-699 for identification).

(2) Pursuant to Rule 5 of the United States District Court, District of Connecticut Local Rules of Civil Procedure, permitting Plaintiff to file under seal the Plaintiff's Ex. Nos. 691 through 694 for identification, referenced in paragraph 1b above, without submitting those documents to the Clerk, so that the confidentiality of those documents is protected.

(3) Permitting Plaintiff to offer or solicit evidence or testimony, and make statements, directly and indirectly, at trial regarding the remainder of Plaintiff's proposed exhibits objected to by Defendant US Alliance, specified in further detail herein.

This motion is based on this Notice of Motion, the memorandum of law in support hereof, the Affirmation of Eva M. Puorro in support hereof, and all other papers and arguments the Court shall entertain in connection with the submission of this motion.

The instant action is assigned for trial on July 20, 2004.

PLAINTIFF
VICTOR T. CONTE

BY: /s/
Elisabeth Seieroe Maurer (ct11445)
Eva M. Puorro (ct25772)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
e-mail: esmaurer@esmlaw.net