UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR T. CONTE, | |
| Plaintiff, | Civil Action No. |
| v. | 3:01 CV 463 (EBB) |
| US ALLIANCE FEDERAL CREDIT UNION, AFFINA BROKERAGE SERVICES, INC., ROBERT AMBROSE AND JOHN WALSH | July 2, 2004 |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion in Limine, Affirmation of Eva M. Puorro in support of Plaintiff's Motion in Limine and Memorandum In Support of Plaintiff's Motion in Limine was sent via federal express prepaid on this 2nd day of July, 2004, to the following counsel and pro se parties:

U.S. Alliance Federal Credit Union
Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

U.S. Alliance Federal Credit Union
Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
New Haven, CT 06506

_____
Eva M. Puorro