```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

------------------------------:
VICTOR T. CONTE               : CIVIL ACTION NO. 3:01cv463(EBB)
                              :
     PLAINTIFF,               :
                              :
V.                            :
                              :
USALLIANCE FEDERAL CREDIT     :
UNION, ET AL.                 :
                              :
     DEFENDANTS.              :
                              :
------------------------------. JULY 8, 2004
```

**DEFENDANT USALLIANCE FEDERAL CREDIT UNION'S OPPOSITION TO PLAINTIFF'S JULY 2, 2004 MOTION IN LIMINE**

In accordance with Local Rule 7, defendant USAlliance Federal Credit Union ("USAlliance") respectfully opposes the plaintiff's July 2, 2004 Motion in Limine.

In his motion, the plaintiff asks the Court to issue blanket rulings *in limine* regarding the admissibility of hundreds of disputed exhibits. While the plaintiff's approach may have some utility in terms of outlining the plaintiff's arguments and compartmentalizing the disputed exhibits, it is not an appropriate way to resolve USAlliance's objections to the admissibility of these proposed exhibits.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

Contrary to the plaintiff's assertion, there is nothing "meritless" about USAlliance's "relevancy" and "materiality" objections. As the plaintiff acknowledges, this is a "fact intensive" case. Following the Court's second summary judgment ruling, only two claims[1] remain in the case for consideration by the jury. Consequently, there are serious questions regarding the relevancy and materiality of most of the plaintiff's proposed exhibits.

USAlliance has not objected to all of the plaintiff's proposed exhibits. Indeed, the parties have stipulated to the admissibility of many exhibits. In addition, USAlliance has offered to compromise certain of its objections by agreeing to the admissibility of certain proposed exhibits for limited purposes only. (See e-mails of Martin P. Unger, Pl.'s Motion in Limine, Exhibit A.)

USAlliance joins the plaintiff in acknowledging and respecting the Court's valuable time and limited resources.

---

[1] As the Court's March 11, 2004 ruling seems to suggest, the "fiduciary duty" and negligence claims are essentially the same cause of action.

- 2 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\OPPOSITION TO MOTION IN LIMINE 7-8-04.DOC

However, it respectfully submits that *in limine* rulings on these evidentiary issues are wholly inappropriate under the circumstances. USAlliance respectfully submits that the parties should be heard, and the Court should have the opportunity to review the challenged exhibits, individually and categorically, in the context of the limited issues that remain in the case for consideration by the jury.

WHEREFORE, USAlliance requests that the plaintiff's Motion in Limine dated July 2, 2004 be DENIED, and requests further that the Court address these evidentiary disputes in court with counsel and exhibits present. To the extent that the Court desires a written response to each of the issues submitted in the plaintiff's Motion in Limine, USAlliance respectfully requests sufficient time within which to do.

                          Most respectfully submitted,

                          THE DEFENDANT,
                          US Alliance Federal Credit Union

                          BY:_____
                            ERIC P. SMITH, ESQ.
                            Fed. Bar No. ct16141

- 3 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\OPPOSITION TO MOTION IN LIMINE 7-8-04.DOC

CERTIFICATION

I certify that a copy of the above was mailed on JULY 8, 2004 to all counsel and *pro se* parties of record as follows:

Elisabeth Seieroe Maurer, Esq.
Eva M. Puorro, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877-2811
(203) 438-1388
(203) 431-0357 (facsimile)

Martin P. Unger, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000
(516) 296-7111 (facsimile)

_____
Eric P. Smith, Esq.

- 4 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\OPPOSITION TO MOTION IN LIMINE 7-8-04.DOC