UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------:
VICTOR T. CONTE                 : CIVIL ACTION NO. 3:01cv463(EBB)
                                :
     PLAINTIFF,                 :
                                :
V.                              :
                                :
USALLIANCE FEDERAL CREDIT       :
UNION, ET AL.                   :
                                :
     DEFENDANTS.                :
                                :
-------------------------------. JULY 9, 2004
```

## DEFENDANT USALLIANCE FEDERAL CREDIT UNION'S OPPOSITION TO PLAINTIFF'S JUNE 28, 2004 MOTION FOR PERMISSION TO FILE SUR-REPLY DOCUMENTS

In accordance with Local Rule 7, defendant USAlliance Federal Credit Union ("USAlliance") respectfully opposes the plaintiff's June 28, 2004 motion which seeks permission to file various sur-reply documents concerning two pending motions.

In his motion, the plaintiff announces boldly that USAlliance has intentionally or otherwise submitted to the Court and to the plaintiff some "significantly altered" document "which is material to the relationship between the parties." Curiously, the plaintiff's motion does not identify either the "document" or the "significant alteration" claimed.  The

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\OPPOSITION TO MOTION FOR PERMISSION 7-9-04.DOC

plaintiff has not provided a sufficient basis for the Court to even consider, much less grant, this motion.

    WHEREFORE, USAlliance requests that the plaintiff's June 28, 2004 Motion for Permission be DENIED.

                                    Respectfully submitted,

                                    THE DEFENDANT,
                                    US Alliance Federal Credit Union

                                    BY:_____
                                       ERIC P. SMITH, ESQ.
                                       Fed. Bar No. ct16141

- 2 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\OPPOSITION TO MOTION FOR PERMISSION 7-9-04.DOC

CERTIFICATION

 I certify that a copy of the above was mailed on JULY 9, 2004 to all counsel and *pro se* parties of record as follows:

Elisabeth Seieroe Maurer, Esq.
Eva M. Puorro, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877-2811
(203) 438-1388
(203) 431-0357 (facsimile)

Martin P. Unger, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000
(516) 296-7111 (facsimile)

           _____
           Eric P. Smith, Esq.

- 3 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK19\OPPOSITION TO MOTION FOR PERMISSION 7-9-04.DOC