UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT NEW HAVEN
7/30 2004
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

VICTOR T. CONTE,
        Plaintiff

v.    3:01-CV-463 (EBB)

US ALLIANCE FEDERAL CREDIT UNION,
        Defendant

**VERDICT FORM**

**Fiduciary Duty**

1. Do you find, defendant, owed a fiduciary duty to plaintiff?

      ____ Yes      _X_ No

2. If you have answered "yes" to question 1, do you find defendant breached that duty?

      ____ Yes      ____ No

3. If you have answered "yes" to question 2, do you find that such breach proximately caused damage to the plaintiff?

      ____ Yes      ____ No

## **Negligence**

4. Do you find that the defendant was negligent in its liquidation of stocks in plaintiff's portfolio?

        **X** Yes                  ___ No

5. If you have answered "yes" to question 4, do you find that such negligence proximately caused damage to plaintiff?

        **X** Yes                  ___ No

6. If you have answered "yes" to question 5, do you find that plaintiff was negligent with respect to his loan with defendant?

        **X** Yes                  ___ No

7. If you have answered "yes" to question 6, do you find that plaintiff's negligence also was a proximate cause of any damages he may have suffered?

        **X** Yes                  ___ No

8. If you have answered "yes" to question 6 and 7, please indicate the percentage of negligence attributable to:

         Plaintiff **85** %

         Defendant **15** %

9. If you have answered "yes" to question 3 or question 5, or both, what amount do you award plaintiff for the damages he suffered?

79,985.00 × 15% =

$ 11,997.75

10. If you have answered "yes" to question 3 or question 5, or both, do you find plaintiff is entitled to an award of punitive damages?

_____ Yes        _X_ No

11. If you have answered "yes" to question 10, what amount do you award plaintiff, as punitive damages?

$ -0-


FOREPERSON

Dated at New Haven, Connecticut this **30** day of July, 2004.

3