**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

VICTOR T. CONTE

    v.                                    Civil No.  3:01CV463(EBB)

US ALLIANCE FEDERAL CREDIT UNION,
AFFINA BROKERAGE SERVICES INC,
ROBERT AMBROSE, AND JOHN WALSH

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge as to the plaintiff and defendant US Alliance Federal Credit Union only.  On January 23, 2002, a Ruling on Motion to Dismiss or in the Alternative for Summary Judgment entered granting the relief and closing the case as to defendants Ambrose and Walsh.  On May 28, 2002, a Ruling on Defendants' Motion for Summary Judgment entered declaring the only remaining defendant to be US Alliance Federal Credit Union as Affina Brokerage Services Inc was dissolved in June of 1999 and thus cannot be sued.  On July 30, 2004, the jury returned a verdict for the plaintiff against defendant US Alliance Federal Credit Union in the amount of $11,997.75.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff against defendant US Alliance Federal Credit Union in the amount of $11,997.75 and the case is closed.

EOD : _____

Dated at New Haven, Connecticut this 2nd day of August, 2004.

                                                KEVIN F. ROWE, Clerk
                                                By
                                                _____/s/_____
                                                Melissa Ruocco
                                                Deputy Clerk