UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------:
VICTOR T. CONTE                : CIVIL ACTION NO. 3:01cv463(EBB)
                               :
     PLAINTIFF,                :
                               :
V.                             :
                               :
USALLIANCE FEDERAL CREDIT      :
UNION, ET AL.                  :
                               :
     DEFENDANTS.               :
                               :
-------------------------------. AUGUST 11, 2004
```

**DEFENDANT USALLIANCE FEDERAL CREDIT UNION'S
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Rule 50(b) and in accordance with Local Rule 7, defendant USAlliance Federal Credit Union ("USAlliance") respectfully moves that the court set aside the jury's findings and verdict with respect to the negligence claim and direct entry of judgment as a matter of law in favor of USAlliance.

USAlliance submits respectfully that the jury's findings and verdict on that claim are legally and logically unsupported by the evidence, particularly in the absence of expert testimony. USAlliance submits a memorandum of law in support of this motion.

- 1 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\MPESCE-DOMBROWSKI\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK5BC\MOTION FOR JNOV 8-11-04.DOC

WHEREFORE, USAlliance submits that its Renewed Motion for Judgment as a Matter of Law should be GRANTED.

                                  Respectfully submitted,

                                  THE DEFENDANT,
                                  US Alliance Federal Credit Union


                                BY:_____
                                    ERIC P. SMITH, ESQ.
                                    Fed. Bar No. ct16141

- 2 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\MPESCE-DOMBROWSKI\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK5BC\MOTION FOR JNOV 8-11-04.DOC

CERTIFICATION

I certify that a copy of the above was mailed on August 11, 2004 to all counsel and *pro se* parties of record as follows:

Elisabeth Seieroe Maurer, Esq.
Eva M. Puorro, Esq.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877-2811
(203) 438-1388
(203) 431-0357 (facsimile)

Martin P. Unger, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000
(516) 296-7111 (facsimile)

                                                                          _____
                                                                          Eric P. Smith, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\MPESCE-DOMBROWSKI\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK5BC\MOTION FOR JNOV 8-11-04.DOC