UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| **VICTOR T. CONTE,** | |
| Plaintiff, | Civil Action No. |
| v. | 3:01 CV 463 (EBB) |
| US ALLIANCE FEDERAL CREDIT UNION, | NOTICE OF APPEAL |
| AFFINA BROKERAGE SERVICES, INC., | |
| ROBERT AMBROSE AND JOHN WALSH | August 26, 2004 |
| **Defendants.** | |

Pursuant to F.R.A.P. 4(a)(1), notice is hereby given that Victor Conte, Plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the following:

(a) an order denying that portion of Plaintiff's Motion in Limine dated April 7, 2004, which requested that tape recorded evidence proffered by Defendant US Alliance Federal Credit Union ("Defendant US Alliance") be excluded at trial, which was decided and entered on July 27, 2004;

(b) an order denying that portion of Plaintiff's Motion in Limine dated July 2, 2004, which sought admission into evidence various documents produced to Plaintiff by the National Association of Securities Dealers, Inc., which was decided and entered on July 20 and 21, 2004;

(c) an order granting Defendant US Alliance's oral motion to preclude expert testimony, which was decided on July 22, 2004 and entered on July 23, 2004;

(d) an order determining the measure of damages in this proceeding, which was decided and entered on July 27, 2004, and denying Plaintiff's request for reconsideration of same, which was decided and entered on July 28, 2004; and

(e) from the verdict and judgment herein, which was issued on July 30, 2004 and entered on August 2, 2004 (attached hereto).

Date:  August 26, 2004

> PLAINTIFF
> VICTOR T. CONTE
>
> / s /
> BY: _____
> Elisabeth Seieroe Maurer (ct11445)
> Eva M. Puorro (ct25772)
> Law Offices of Elisabeth Seieroe Maurer, PC
> 871 Ethan Allen Hwy., Suite 202
> Ridgefield, CT 06877
> Phone (203) 438-1388
> Fax (203) 431-0357
>  e-mail: esmaurer@esmlaw.net