UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
**VICTOR T. CONTE,** :
:
**Plaintiff,** : Civil Action No.
v. : 3:01 CV 463 (EBB)
:
**US ALLIANCE FEDERAL CREDIT UNION,** :
**AFFINA BROKERAGE SERVICES, INC.,** :
**ROBERT AMBROSE AND JOHN WALSH** : August 26, 2004
:
**Defendants.** :

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Notice of Appeal was sent, via Federal Express, on this 26th day of August 2004, to the following counsel:

| | |
|---|---|
| U.S. Alliance Federal Credit Union | U.S. Alliance Federal Credit Union |
| Martin P. Unger, Esq. | Eric P. Smith, Esq. |
| Certilman Balin | Lynch, Traub, Keefe and Errante, P.C. |
| 90 Merrick Avenue | 52 Trumbull Street |
| East Meadow, NY 11554 | New Haven, CT 06506 |

/s/
_____
Eva M. Puorro