**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| I. | STANDARD FOR JUDGMENT AS A MATTER OF LAW…. | 1 |
| II. | EXPERT TESTIMONY WAS NOT NECESSARY FOR THE JURY TO DECIDE PLAINTIFF'S NEGLIGENCE CLAIM….. | 3 |
| III. | THE JURY'S VERDICT WAS CONSISTENT WITH THE WEIGHT OF THE EVIDENCE PRESENTED………………. | 12 |
| CONCLUSION……………………..…………………………….…….. | | 17 |