UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| **VICTOR T. CONTE,** : | |
| : | |
| Plaintiff, : | Civil Action No. |
| v. : | 3:01 CV 463 (EBB) |
| : | |
| US ALLIANCE FEDERAL CREDIT UNION, : | |
| AFFINA BROKERAGE SERVICES, INC., : | |
| ROBERT AMBROSE AND JOHN WALSH : | August 31, 2004 |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Memorandum in Opposition to Defendant US Alliance's Motion for Judgment as a Matter of Law was sent, via Federal Express, on this 31st day of August 2004, to the following counsel:

U.S. Alliance Federal Credit Union
Martin P. Unger, Esq.
Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

U.S. Alliance Federal Credit Union
Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
New Haven, CT 06506

/s/
_____
Eva M. Puorro