UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

VICTOR T. CONTE,

        Plaintiff,

- against -

USALLIANCE FEDERAL CREDIT UNION,

        Defendant.

Case No. 3:01-CV-463 (EBB)

April 14, 2008

---

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Victor T. Conte, hereby stipulates to the dismissal of all claims asserted by him against defendant, USAlliance Federal Credit Union, with prejudice.

        Respectfully submitted,

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| Victor T. Conte | USAlliance Federal Credit Union |
| By: _____ | By: _____ |
| Elisabeth Seieroe Maurer, Esq. | Eric P. Smith, Esq. |
| CT 11445 | CT 16141 |
| Maurer & Associates, P.C. | Lynch, Traub, Keefe & Errante, PC |
| 871 Ethan Allen Highway – Suite 202 | 52 Trumbull Street – P.O. Box 1612 |
| Ridgefield, Connecticut 06877 | New Haven, Connecticut 06506-1612 |
| (203) 438-1388 | (203) 787-0275 |
| (203) 431-0357 (facsimile) | (203) 782-0278 |

## **CERTIFICATION OF SERVICE**

      A copy of the foregoing Certificate of Compliance was served by facsimile and by U.S. Mail on April 29, 2008 to all counsel of record as follows:

    Elisabeth Seieroe Maurer, Esq.
    Maurer & Associates, P.C.
    871 Ethan Allen Highway – Suite 202
    Ridgefield, Connecticut 06877
    (203) 438-1388
    (203) 431-0357 (facsimile)

    Martin P. Unger, Esq.
    Certilman Balin Adler & Hyman, LLP
    90 Merrick Avenue – 9th Floor
    East Meadow, New York 11554
    (516) 296-7000
    (516) 296-7111 (facsimile)

                                          _____
                                          Eric P. Smith, Esq.