# MANDATE

FILED

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

2008 MAY 23

NHCT
01-CV-463
BURNS

---

VICTOR T. CONTE,

      Appellant-Cross-Appellee,

- against -

US ALLIANCE FEDERAL CREDIT UNION,

      Appellee-Cross-Appellant

---

Docket No. 04-5382-CV(L)
Docket No. 07-5501-CV(XAP)

**STIPULATION OF DISMISSAL AND WITHDRAWAL OF APPEAL AND CROSS-APPEAL**

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellant-Cross-Appellee, Victor T. Conte, hereby stipulates to dismiss and withdraw his appeal as to Appellee-Cross-Appellant, USAlliance Federal Credit Union, with prejudice, and Appellee-Cross-Appellant, USAlliance Federal Credit Union, hereby stipulates to dismiss and withdraw its cross-appeal as to Appellant-Cross-Appellee, Victor T. Conte, with prejudice, all without costs to Victor T. Conte or USAlliance Federal Credit Union as against the other.

Dated: East Meadow, New York
      April 2, 2008

Respectfully submitted,

MAURER & ASSOCIATES, P.C.

By: _____
Elisabeth Seieroe Maurer, Esq. (EM____)
Attorneys for Appellant-Cross-Appellee
 VICTOR T. CONTE
871 Ethan Allen Highway – Suite 202
Ridgefield, Connecticut 06877
(203) 438-1388

CERTILMAN BALIN ADLER
 & HYMAN, LLP

By: _____
Martin P. Unger, Esq. (MU9327)
Attorneys for Appellee-Cross-Appellant
 USALLIANCE FEDERAL CREDIT
 UNION
90 Merrick Avenue – 9th Floor
East Meadow, New York 11554
(516) 296-7000

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

May 5, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: MAY - 8 2008